FILED

07 JUL 18 AM 10: 02

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Original

...ling

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN

    Plaintiff,

vs.

JAMES TILTON

    Defendant.

CASE NO. C 07 3696 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, __FREDERICK GATLIN__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: N/A

Gross: _____0_____ Net: _____0_____

Employer: __N/A__

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ___N/A_____
5  _____
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.   Business, Profession or                    Yes ____  No _x_
10           self employment

11      b.   Income from stocks, bonds,                 Yes ____  No _x_
12           or royalties?

13      c.   Rent payments?                             Yes ____  No _x_

14      d.   Pensions, annuities, or                    Yes ____  No _x_
15           life insurance payments?

16      e.   Federal or State welfare payments,         Yes ____  No _x_
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____

23  3.      Are you married?                            Yes ____  No _x_
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: ____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____∅_____ Net $_____∅_____
28  4.      a.   List amount you contribute to your spouse's support:$ ____∅_____

1  b.  List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____N/A_____
6  _____

7  5.  Do you own or are you buying a home?  Yes ____ No _x_
8  Estimated Market Value: $___Ø_____ Amount of Mortgage: $_____Ø_____
9  6.  Do you own an automobile?  Yes ____ No _x_
10 Make __N/A_____ Year ___---___ Model ___---_____
11 Is it financed? Yes _____ No _x_ If so, Total due: $ _Ø_____
12 Monthly Payment: $ ____Ø_____
13 7.  Do you have a bank account? Yes ____ No _x_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: ___N/A_____
15 _____
16 Present balance(s): $ _____Ø_____
17 Do you own any cash? Yes ____ No _x_ Amount: $ ____Ø_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No _x_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____Ø_____ Utilities: ____Ø_____
23 Food: $ _____Ø_____ Clothing: ____Ø_____
24 Charge Accounts:
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 ____Ø_____ $ _____Ø_____ $ _____Ø_____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____ 9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

NOTE: Petitioner is incarcerated in prison/reason for Ø money.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_7/15/2007_            FREDERICK GATLIN
DATE                        SIGNATURE OF APPLICANT

NOTE: PETITIONER HAS BEEN INCARCERATED SINCE (1999) AND DOES NOT HAVE ANY INCOME...

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

_____ [prisoner name] _____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____

[Authorized officer of the institution]

- 5 -