# FILED

JUL 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

P19908

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK GATLIN <br><br> Plaintiff, <br><br> vs. <br><br> JAMES TILTON <br><br> Defendant. | CASE NO. _C07-3696_ CW <br><br> **PRISONER'S** <br> **APPLICATION TO PROCEED** <br> **IN FORMA PAUPERIS** |

I, __FREDERICK GATLIN__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: __N/A__

Gross: _____∅_____ Net: _____∅_____

Employer: ___N/A___

_____

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.   (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____N/A_____

5    _____

6    _____

7    2.       Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9         a.        Business, Profession or              Yes ____ No _x_

10                  self employment

11        b.        Income from stocks, bonds,           Yes ____ No _x_

12                  or royalties?

13        c.        Rent payments?                       Yes ____ No _x_

14        d.        Pensions, annuities, or              Yes ____ No _x_

15                  life insurance payments?

16        e.        Federal or State welfare payments,   Yes ____ No _x_

17                  Social Security or other govern-

18                  ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____N/A_____

22   _____

23   3.       Are you married?                           Yes ____ No _x_

24   Spouse's Full Name: _____N/A_____

25   Spouse's Place of Employment: ____N/A_____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____∅_____ Net $_____∅_____

28   4.       a.        List amount you contribute to your spouse's support:$ ____∅_____

1       b.      List the persons other than your spouse who are dependent upon you for

2                 support and indicate how much you contribute toward their support. (NOTE:

3                 For minor children, list only their initials and ages.  DO NOT INCLUDE

4                 THEIR NAMES.).

5                 N/A

6

7    5.     Do you own or are you buying a home?      Yes _____ No **x**

8    Estimated Market Value: $____ Ø ____ Amount of Mortgage: $____ Ø

9    6.     Do you own an automobile?        Yes _____ No **x**

10   Make __N/A____ Year ___ --- ___ Model ___ --- ___

11   Is it financed? Yes _____ No **x** If so, Total due: $ Ø

12   Monthly Payment: $ ____ Ø

13   7.     Do you have a bank account?  Yes _____ No **x** (Do not include account numbers.)

14   Name(s) and address(es) of bank: ____ N/A

15

16   Present balance(s): $ ____ Ø

17   Do you own any cash?  Yes _____ No **x** Amount: $ ____ Ø

18   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19   market value.)  Yes _____ No **x**

20

21   8.     What are your monthly expenses?

22   Rent: $ _____ Ø _____ Utilities: ____ Ø

23   Food: $ _____ Ø _____ Clothing: ____ Ø

24   Charge Accounts:

25

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| Ø | $ Ø | $ Ø |
| | $ | $ |
| | $ | $ 9. Do |

1  you have any other debts? (List current obligations, indicating amounts and to whom they are

2  payable. Do <u>not</u> include account numbers.)

3    N/A

4  <u>NOTE</u>: Petitioner is incarcerated in prison/reason for Ø money.

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?  Yes ____  No  X

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9    N/A

10

11       I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13       I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16    7/15/2007

17      DATE               FREDERICK GATLON
                             SIGNATURE OF APPLICANT

18

19  <u>NOTE</u>: PETITIONER HAS BEEN INCARCERATED SINCE (1999) AND

20        DOES NOT HAVE ANY INCOME...

21

22

23

24

25

26

27

28

1
2          Case Number: _____
3
4
5
6
7
8
9                    **CERTIFICATE OF FUNDS**
10                            **IN**                    $P19908$
11                  **PRISONER'S ACCOUNT**
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of _____ ⊖ _____ for the last six months
15   at
16                              [prisoner name] GATLIN, F.
17   _____ C M F _____ where (s)he is confined.
18            [name of institution]
19        I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ ⊖ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ ⊖ .
22
23   Dated: 7-17-07                    m. Soener
24                              [Authorized officer of the institution]
25
26
27
28

                                    - 5 -

REPORT ID: TS3030

REPORT DATE: 07/17/07
PAGE NO:      1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MEDICAL FACILITY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 17, 2007

ACCOUNT NUMBER : P19908                          BED/CELL NUMBER: MIP100000000108L
ACCOUNT NAME   : GATLIN, FREDRICK JOHN                      ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-17-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE