# CALIFORNIA APPELLATE COURTS
## Case Information



| | |
|---|---|
| Welcome | **6th Appellate District** |
| Search | Court data last updated: 10/26/2007 01:05 PM |

Change court

**Case Summary**  **Docket**  **Scheduled Actions**  **Briefs**
**Disposition**  **Parties and Attorneys**  **Trial Court**

## Trial Court

**The People v. Gatlin**
Case Number H019394

| | |
|---|---|
| Trial Court Name: | Santa Clara County Superior Court |
| County: | Santa Clara |
| Trial Court Case Number: | 199164 |
| Trial Court Judge: | Zecher, Marilyn |
| Trial Court Judgment Date: | 11/09/1998 |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California