# CALIFORNIA APPELLATE COURTS
## Case Information



| | | |
|---|---|---|
| Welcome | **6th Appellate District** | Change court |
| Search | Court data last updated: 10/26/2007 11:05 AM | |

**Case Summary**   **Docket**   **Scheduled Actions**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Trial Court**

## Case Summary

<< search results

| | |
|---|---|
| Trial Court Case: | 199164 |
| Court of Appeal Case: | H019394   Supreme CourtCase: S091462 |
| Division: | |
| Case Caption: | The People v. Gatlin |
| Case Type: | |
| Filing Date: | 11/12/1998 |
| Oral Argument Date/Time: | 05/24/2000   09:30 AM |

## Cross Referenced Cases

No Cross Referenced Cases Found

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
Case Information



Welcome
Search
E-mail
Calendar
Help
Opinions

C|C
home

## 6th Appellate District

Change court

Court data last updated: 10/26/2007 11:05 AM

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court

## Docket (Register of Actions)

**The People v. Gatlin**
Case Number H019394

| Date | Description | Notes |
|---|---|---|
| 12/03/1998 | Notice of appeal lodged/received (criminal). | |
| 12/03/1998 | Counsel appointment order filed. | |
| 12/10/1998 | Court reporter extension granted. | |
| 12/16/1998 | Telephone conversation with: | left message for Tanya Holland at home re: status of rt |
| 12/16/1998 | Telephone conversation with: | left message for Sue Herfurth to call me re: status of rt |
| 12/16/1998 | Telephone conversation with: | manuel: sue herfurth just turned in |
| 12/17/1998 | Note: | Per Lori's voice mail, deleted ROS for ctrr Holland, she turned in |
| 12/24/1998 | Court reporter extension granted. | Reporter: Jacobs, Christine (010583). Deadline extended to: 01/12/19. |
| 12/30/1998 | Recommendation of counsel by SDAP filed. | atty Gehring to represent appellant Gatlin |
| 01/13/1999 | Telephone conversation with: | Chris Jacobs is turning in a request today |
| 01/20/1999 | Court reporter extension granted. | Reporter: Jacobs, Christine (010583). Deadline extended to: 02/01/19. |
| 02/03/1999 | Telephone conversation with: | Manuel, no RT from ctrr Jacobs; left msg w/bailiff to call |
| 02/03/1999 | Telephone conversation with: | Ctrr Jacobs, she is filing RT tomorrow |
| 02/09/1999 | Record on appeal filed. | c-1, r-3 |
| 02/09/1999 | Probation report filed. | prc-1 |
| 02/09/1999 | Marsden transcript filed****** | marsden -1 (2/9/98 |
| 02/09/1999 | Marsden transcript sent. | |
| 02/09/1999 | Sealed document filed********* | in camera hearings (released to sdap) - 2 (7/2/98 & 7/9/98 |

| | | |
|---|---|---|
| 03/23/1999 | 35e letter received from: | froma tty gehring |
| 03/30/1999 | Filed augmented record pursuant to rule 35(e). | c-1 |
| 04/30/1999 | Granted - extension of time. | (1) Atty: Gehring, Robert Party: Gatlin, Frederick |
| 05/19/1999 | Filed letter from: | Atty Gehring re change of address on def Gatlin |
| 06/03/1999 | Default sent to court appointed counsel. | Attorney: Gehring, Robert Party: Gatlin, Frederick |
| 06/04/1999 | Telephone conversation with: | Atty Gehring; He is sending AOB via express mail today |
| 06/07/1999 | Appellant's opening brief. | Attorney: Gehring, Robert Party: Gatlin, Frederick |
| 06/07/1999 | Motion/application to augment record filed. | |
| 06/14/1999 | Augmentation granted. (See order.) | record deemed aug to include RT attached to mtn, rbf due in 30 days |
| 07/16/1999 | Respondent notified pursuant to rule 17(b). | Attorney: Salmon, David D. Attorney: Office of the Attorney General Party: The People |
| 07/21/1999 | Respondent's brief. | Attorney: Salmon, David D. Attorney: Office of the Attorney General Party: The People |
| 08/10/1999 | Filed letter from: | Atty Salmon (AG) re pg 8 of rbf is incomplete but his intention to delete the footnote; attached orig & copies to rbf |
| 08/11/1999 | ARB not filed (time elapsed or notice no brief). | Attorney: Gehring, Robert Party: Gatlin, Frederick |
| 08/11/1999 | Original entry stricken - sequence no. not removed. | was a CFB entry but arb arrived on 8/12/99 as timely filed |
| 08/12/1999 | Appellant's reply brief. | Attorney: Gehring, Robert Party: Gatlin, Frederick ARB from Atty Gehring via cert mailed on 8/10/99 & brf was due on 8/11/99 but rec'd on 8/12/99 (timely filed) |
| 08/12/1999 | Original entry stricken - sequence no. not removed. | entry was cfb but ct granted to file suppl brief from applnt |
| 08/17/1999 | Motion filed. | Applnt's req to file suppl brief from Atty Gehring |
| 08/17/1999 | Received document entitled: | Applnt's suppl brief from Atty Gehring |
| 08/20/1999 | Order filed. | Applnt's req 4 leave to file a suppl opening brief is grntd, & the clk of the ct shall file said brf forwith. Rspondnt may serve & file a suppl response brf on or before 20 days from the date of this order |
| 08/20/1999 | Supplemental brief filed by: | Attorney: Gehring, Robert Party: Gatlin, Frederick |

| 08/31/1999 | Supplemental brief filed by: | Attorney: Salmon, David D. Party: The People<br>WHEN REC'D ENTER A CFB |
| --- | --- | --- |
| 08/31/1999 | Case fully briefed. | |
| 03/01/2000 | Case on conference list. | 3/2/00 Conference List |
| 03/17/2000 | Oral argument waiver notice sent. | |
| 03/23/2000 | Request for oral argument filed by: | atty Gehring obo appellant (pa) |
| 04/14/2000 | Calendar notice sent. Calendar date: | May 25, 2000 at 1:30 p.m. |
| 04/24/2000 | Telephone conversation with: | Dep AG Richard Rochman; He will be apprng obo rspdt in place of David Salmon; He will be apprng by tlcnfrnce call |
| 05/19/2000 | Argument advanced to: | 5-24-00 @ 9:30am |
| 05/24/2000 | Cause argued and submitted. | |
| 08/02/2000 | Opinion filed. | Affirmed but sntnce mdfctn ordrd & remanded w/drctns; CCC, FDE & NDM (Not Published) |
| 08/21/2000 | Rehearing petition filed. | for appellant |
| 08/25/2000 | Petition for rehearing denied. | applnt's (c,e,ndm) |
| 09/13/2000 | Petition for review in Supreme Court received. | |
| 09/13/2000 | Petition for review filed in Supreme Court. | |
| 09/14/2000 | Record transmitted to Supreme Court. | |
| 10/20/2000 | Record returned from Supreme Court. | |
| 10/26/2000 | Petition for review denied in Supreme Court. | filed 10/18/00 |
| 10/27/2000 | Remittitur issued. | |
| 10/27/2000 | Case complete. | |
| 10/31/2000 | Record purged - to be shipped to state records center. | |
| 10/19/2004 | Shipped to state retention center, box # / list #: | 102/79 |
| 05/11/2005 | Shipped to state retention center, box # / list #: | 247/81 |

Click here to request automatic e-mail notifications about this case.

©2007 Judicial Council of California