# CALIFORNIA APPELLATE COURTS
### Case Information



**Supreme Court**

Supreme Court

Welcome

Search

E-mail

Calendar

Help

Opinions

C|C home

Change court

Court data last updated: 10/26/2007 11:53 AM

Case Summary    Docket    Briefs
Disposition    Parties and Attorneys    Lower Court

## Docket (Register of Actions)

**PEOPLE v. GATLIN**
**Case Number S091462**

| Date | Description | Notes |
|---|---|---|
| 09/13/2000 | Petition for review filed | By counsel for Applt. {Gatlin} / 40 (N) |
| 09/13/2000 | Record requested | |
| 09/15/2000 | Received Court of Appeal record | 1 accordion file |
| 10/18/2000 | Petition for review denied | |

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California