FILED
NOV 15 2006
KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ D. MILLER, DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| In re | No. 199164 |
| FREDERICK GATLIN | <u>Order</u> |
| On Habeas Corpus | |

FREDERICK GATLIN ("Petitioner") petitions for a writ of habeas corpus. Petitioner challenges his strike priors.

In <u>In Re Harris</u>, (1993) 5 Cal.4th 813, the California Supreme Court reaffirmed the rule that "habeas corpus will not serve as a second appeal." (<u>In Re Harris</u>, <u>supra</u>, 5 Cal. 4th at 825, quoting <u>In Re Foss</u> (1974) 10 Cal.3d 910, 930.) Therefore, habeas corpus relief is not available for claims that were raised and rejected on direct appeal. (<u>In Re Harris</u> at 825, citing <u>In Re Waltreus</u> (1965) 62 Cal.2d 218, 225.) Conversely, "the writ will not lie where the claimed errors <u>could have been, but were not</u> raised upon a timely appeal from a judgment." (<u>Harris</u> at 829 (emphasis in original), citing <u>In Re Dixon</u> (1953) 41 Cal.2d 756.) Petitioner's claims were or could have been brought on direct appeal.

Accordingly, the petition for a writ of habeas corpus is DENIED.

Date: 10/30/06

DIANE NORTHWAY
JUDGE OF THE SUPERIOR COURT

Cc: Petitioner
District Attorney
Research

| IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF SANTA CLARA | **FILED** NOV 15, 2006 KIRI TORRE Chief Executive Officer/Clerk Superior Court of CA County of Santa Clara BY ___D. MILLER___ DEPUTY |
|---|---|
| Plaintiff: PEOPLE OF THE STATE OF CALIFORNIA | |
| Defendant **FREDERICK GATLIN** | |
| PROOF OF SERVICE BY MAIL OF: ORDER RE: WRIT OF HABEAS CORPUS | CASE NUMBER: No. 199164 |

CLERK'S CERTIFICATE OF MAILING: I certify that I am not a party to this case and that a true copy of this document was mailed first class postage fully prepaid in a sealed envelope addressed as shown below and the document was mailed at SAN JOSE, CALIFORNIA on __11/15/06__. I declare under penalty of perjury that the foregoing is true and correct.

KIRI TORRE, Chief Executive Officer      By_____ Clerk
                                                Deidre Miller

Frederick Gatlin P# 19908
California Medical Facility (I-141)
P.O. Box 2000
Vacaville, CA 95696-2000


District Attorney


Research Attorney/Criminal Division
190 W. Hedding Street
San Jose, CA 95110

CJIC