# CALIFORNIA APPELLATE COURTS
## Case Information



| | | |
|---|---|---|
| Welcome | **6th Appellate District** | Change court |
| Search | Court data last updated: 10/26/2007 12:05 PM | |
| E-mail | Case Summary  Docket  Scheduled Actions  Briefs | |
| Calendar | Disposition  Parties and Attorneys  Trial Court | |
| Help | | |
| Opinions | | |



### Docket (Register of Actions)

**Gatlin on Habeas Corpus**
Case Number **H030902**

| Date | Description | Notes |
|---|---|---|
| 12/06/2006 | Petition for a writ of habeas corpus filed. | |
| 12/06/2006 | Request filed to: | for appt of counsel |
| 12/21/2006 | Case fully briefed. | |
| 12/21/2006 | Order denying petition filed. | The request for appt of counsel is denied. The petition for writ of habeas corpus is denied (P, E, WD) |
| 12/21/2006 | Case complete. | |
| 02/27/2007 | Record purged - to be shipped to state records center. | |

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California