# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

Supreme Court
Welcome
Search
E-mail
Calendar
Help
Opinions

C|C home

Change court

Court data last updated: 10/26/2007 12:53 PM

**Case Summary**   **Docket**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Lower Court**

### Case Summary    << search results

| | |
|---|---|
| **Supreme Court Case:** | S149470 |
| **Court of Appeal Case(s):** | no data found |
| **Case Caption:** | GATLIN (FREDERICK) ON H.C. |
| **Case Category:** | Original Proceeding - Habeas |
| **Start Date:** | 01/16/2007 |
| **Case Status:** | closed |
| **Issues:** | none |
| **Disposition Date:** | 06/20/2007 |
| **Case Citation:** | none |

### Cross Referenced Cases
No Cross Referenced Cases Found

**Click here** to request automatic e-mail notifications about this case.

©2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
### Case Information



**Supreme Court**

Change court

Court data last updated: 10/26/2007 12:53 PM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

## Docket (Register of Actions)

**GATLIN (FREDERICK) ON H.C.**
**Case Number S149470**

| Date | Description | Notes |
|---|---|---|
| 01/16/2007 | Petition for writ of habeas corpus filed | Frederick Gatlin, petitioner in pro per |
| 06/20/2007 | Petition for writ of habeas corpus denied | (See In re Robbins (1998) 18 Cal.4th 770, 780; In re Dixon (1953) 41 Cal.2d 756; In re Lindley (1947) 29 Cal.2d 709; People v. Andrews (1998) 49 Cal.App.4th 1098, 1102-1104.) |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

Sidebar: Supreme Court, Welcome, Search, E-mail, Calendar, Help, Options, c|c home