# CALIFORNIA APPELLATE COURTS
## Case Information



- Supreme Court
- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions

C|C home

**Supreme Court**

Change court

Court data last updated: 10/26/2007 12:53 PM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

## Case Summary       << search results

| | |
|---|---|
| Supreme Court Case: | S152296 |
| Court of Appeal Case(s): | no data found |
| Case Caption: | GATLIN (FREDERICK) ON H.C. |
| Case Category: | Original Proceeding - Habeas |
| Start Date: | 05/01/2007 |
| Case Status: | closed |
| Issues: | none |
| Disposition Date: | 06/20/2007 |
| Case Citation: | none |

### Cross Referenced Cases
No Cross Referenced Cases Found

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



- Supreme Court
- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions
- C|C home

## Supreme Court

Court data last updated: 10/26/2007 12:53 PM

Change court

**Case Summary**  **Docket**  **Briefs**
**Disposition**  **Parties and Attorneys**  **Lower Court**

### Docket (Register of Actions)

**GATLIN (FREDERICK) ON H.C.**
**Case Number S152296**

| Date | Description | Notes |
|---|---|---|
| 05/01/2007 | Petition for writ of habeas corpus filed | Frederick Gatlin, Petitioner in Pro Per |
| 06/20/2007 | Petition for writ of habeas corpus denied | |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California