FREDERICK GATLIN, #P-19900
CMF/P-103L
P.O. BOX 2000
VACAVILLE, CA. 95696

(LEGAL MAIL)

CA MEDICAL FACILITY

U.S. DISTRICT COURT, CLERK
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

FIRST CLASS



02 1M
0004225987
MAILED FROM ZIP CODE 95687
NOV 19 2007
$00.58
PITNEY BOWES
UNITED STATES POSTAGE