IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK GATLIN,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES TILTON, Warden,<br><br>    Respondent._____/ | No. C 07-03696 CW (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS |

    Petitioner has filed a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including <u>thirty (30) days</u> from the date of this Order.

    If Respondent wishes to file a reply brief, he shall do so no later than <u>fifteen (15) days</u> after the date Petitioner's opposition is filed.

    This Order terminates Docket no. 7.

    IT IS SO ORDERED.

Dated: 11/29/07

                                              /s/ Claudia Wilken<br>
                                              CLAUDIA WILKEN<br>
                                              UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\HC.07\Gatlin3696.EOToppnMTD.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

        Plaintiff,

  v.

JAMES TILTON et al,

        Defendant.

                                          /

Case Number: CV07-03696 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frederick Gatlin P-19908
California Medical Facility
P-141-L
P.O. Box 2000
Vacaville, CA 95696-2000

Juliet B. Haley
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: November 29, 2007

                                       Richard W. Wieking, Clerk
                                       By: Sheilah Cahill, Deputy Clerk