ORIGINAL COURT COPY
W/PROOF OF SERVICE

FREDERICK GATLIN, #P-19908
CALIFORNIA MEDICAL FACILITY
P/108L
P.O. BOX 2000
VACAVILLE, CA. 95696

FILED

DEC 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Petitioner In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,          )
        Petitioner,        )        Case No.    C-07-03696-CW-(PR)
                           )
v.                         )
                           )
JAMES TILTON,              )
        Respondent.        )

---

PETITIONER'S OBJECTION TO RESPONDENT'S MOTION
TO DISMISS HIS PETITION FOR WRIT OF HABEAS
CORPUS

---

1. Frederick Gatlin, #P-19908
2. California Medical Facility
   P-108L
3. P.O. Box 2000
   Vacaville, Ca. 95696
4.
5. Petitioner in Pro Se
6.
7.                     United States District Court
8.                     Northern District of California
9.
10. Frederick Gatlin,            )       Case No. C-07-03696-CW-(PR)
          Petitioner,            )
11.                              )       Petitioner's Objection to Respondent's
    v.                           )       Motion to Dismiss His Petition for Writ
12.                              )       of Habeas corpus
    James Tilton,                )
13.       Respondent.            )
14.     COMES NOW, FREDRICK GATLIN, petitioner in the above-entitled cause to

15. hereby object to the respondent's motion to dismiss his petition for writ of

16. habeas corpus on the grounds of untimeliness.

17.     This objection is for good legal and factual cause as set forth in the

18. memorandum of points and authorities w/exhibits attached herewith.

19.
20.
21.                                     Respectfully Submitted,
22.
23.                                     /S/ Frederick C Datlin
24.                                     Frederick Gatlin/Pro Se Petitioner
25.
26.
27.
28.

                                    (1)

1.

## STATEMENT OF THE CASE

2.      The record reflects that petitioner was convicted in Santa Clara County

3.    Superior Court of vehicle theft (Vehicle Code § 10851) and at least two prior

4.    serious felonies (robberies) were found true within the meaning of Penal Code

5.    § 117-.12. Petitioner was sentenced to twenty-five years to life pursuant to

6.    California's Three Strikes Law. (Pet. at 2; Resp. Exh. 1). Petitioner appealed

7.    the judgment which was affirmed by the California Court of Appeal on August 2,

8.    2000.(Resp. Exh. 2). Petitioner filed a petition for review which was denied by

9.    the California Supreme Court on October 18, 2000, (Resp. Exh. 3), ending his

10.   direct appellate review before the highest state court. Under California law

11.   that denial became final on the day it was filed. Cal. Rules of Ct., rule 24(a).

12.   Thus, petitioner had 90 days from then , or until January 19, 2001, within which

13.   to file a petition for certiorari. Sup. Ct., rule 13.

14.      As petitioner did not file a petition for writ of certiorari, on January

15.   19, 2001, the judgment became final for puposes of the Anti-terroism and Effective

16.   Death Penalty Act of 1996. 28 U.S.C., § 2244(d)(1)(A), and absent tolling, peti-

17.   tioner had one-year, until January 18, 2002, within which to file a habeas petition

18.   in the federal court.

19.      Petitioner filed the instant petition on July 18, 2007, approximately six

20.   years after his state appellate review had become final.

21.                         /

22.                         /

23.                         /

24.                         /

25.                         /

26.                         /

27.                         /

28.                         /

1.
2.

## ARGUMENT WITH MEMORANDUM OF POINTS AND AUTHORITIES

## ARGUMENT

3.
4.
5.

ALTHOUGH THE INSTANT FEDERAL PETITION WAS UNTIMELY,
PRINCIPLES OF EQUITABLE TOLLING APPLY TO PERMIT A
DETERMINATION ON ITS MERITS, DUE TO PETITIONER'S MENTAL
INCOMPETENCY DURING THE PERIOD IN WHICH HIS FEDERAL
HABEAS CORPUS WAS TO BE FILED IN THIS COURT.

6.     The United States Supreme Court has recently stated that "tolling" is

7. available under the ARDPA, Lawrence v. Florida (2007) 127 S.Ct. 1079, 1085 n.3,

8. and the U.S. Court of Appeals for the 9th Circuit has maintained that rquitable

9. tolling is available in "extraordinary circumstances," beyond a petitioner's con-

10. trol, which makes it impossible to file a timely ffederal petition.. Corjasso v.

11. Ayers (9th Cir. 2002) 278 F.3d 874, 877; Miles v. Prunty (9th Cir. 1999) 187 F.

12. 1104, 1107; Alvarez-Machain v. United States (9th Cir. 1997) 107 F.3d 696, 701.

13.     "Whether there are grounds for equitable tolling [is] highly fact depen-

14. dent . . . " Whalem/Hunt v. Early (9th Cir. 2000) 233 F.3d 1146, 1148. "Extraor-

15. dinary circumstances" has been defined as actual innocence, or when uncontrolla-

16. ble circumstances prevent an inmate from timely filing. Gibson v. Klinger (10th

17. Cir. 2000) 232 F.3d 799, 808.

18.     Thus, there will be equitable tolling of AEDPA'S limitations period when

19. delay is encountered in circumstances over which an inmate has no control, and

20. the inmate diligently pursued his claims. Bunney v. Mitchell (9th Cir. 2001) 241

21. F.3d 1151, 1155-56. This requires an inmate to "demonstrate a casual relationship

22. between the extraordinary circumstance on which the claim for equitable tolling

23. rests and the lateness of his filing, a demonstration that cannot be made if the

24. inmate, acting with reasonable diligence, could have filed on time notwithstanding

25. the extraordinary circumstance." Valverde v. Stinson (2nd Cir. 2000) 224 F.3d 129,

26. 134.

27.     As will be shown below, petitioner's mental and physical health issues, resulting in

28. his incompetency, excuses his late filing under the principles of equitable tolling. Petitioner

(3)

1. submit that the U.S. Court of Appeals for the Ninth Circuit has already estab-
2. lished that a prisoner's mental incompetency is an "obviously" extraordinary cir-
3. cumstance beyond his control. <u>Calderon v. United States District Court (Kelly)</u>
4. (9th Cir.1998) (en banc) 163 F.3d 530, 541, cert. denied, 526 U.S. 1060 (1999)
5. (serious mental problems for many years).

6.      As it is petitioner's burden to demonstrate extraordinary circumstances
7. exist, <u>United States v. Marlof</u> (9th Cir. 1991) 173 F.3d 1213, 1218, no more than
8. a "threshold showing of mental incompetency" is required before a court will find
9. a "sufficient showing has been made for equitable tolling the statute." <u>Calderon</u>
10. <u>v. United States District Court (Kelly)</u>, supra, 163 F.3d at 541. In other words,
11. all that is required is "a genuine basis for concern." (Ibid).

12.      The relevant question is whether petitioner's mental condition between the
13. time his state direct appeal concluded and the time he filed his first state habeas
14. petition (which filing would "stop" the AEDPA clock), was debilitating enough to
15. prevent him from filing said petition in a more timely fashion.

16.      In the instant case, petitioner's direct appellate review had become final
17. on January 19, 2001, and his first state habeas petition was not filed until
18. September 28, 2006. However, in 1998, during the course of petitioner's trial on
19. the instant offense, petitioner had undergone two separate psychiatric evaluations.
20. The first determined that he was competent to stand trial and the second deter-
21. mined that he did in fact suffer mental disorder(s), (See Exhibit A ), and it is
22. petitioner's position  that from the time between his previously being found com-
23. petent to stand trial and the relevant time for submitting a state habeas petition
24. his condition had become much worse and prevented him from filing a more timely
25. habeas corpus petition.  See <u>Rohan ex rel. Gates v. Woodford</u>(9th Cir. 2003) 334
26. F.3d 803, 813 ("the firmly entrenched common law right to competence persisting
27. beyond trial is a strong indicator of a  constitutional due process right" to
28. competency in postconviction proceedings or to stay of proceedings until such

1.   competence is regained).

2.         In addition to petitioner's mental incompetence, consideration must also

3.   be given to his serious medical problems that result, in part, from the prescribed

4.   medications for his mental problems where "extraordinary circumstances" may be

5.   found under the totality of the circumstances test, which would also allow equita-

6.   ble tolling to apply. See <u>Alvarez-Machain v. United States</u> (9th Cir. 1997) 107 F.3d

7.   696, 701; <u>Helton v. Secretary for the Department of Correction</u> (11th Cir. 2000) 233

8.   F.3d 1322, 1325-26 ("a combination of several factors results in extraordinary cir-

9.   cumstances" sufficient for equitable tolling).

10.        Petitioner, in the instant case, underwent a Psychodiagnostic evaluation

11.   prior to being sentenced. (See Exh. A). This evaluation was performed by a court

12.   appointed clinical and forensic psychologist, Jeffrey S. Kline, Ph.D., who found

13.   in relevant part:

14.                 " . . . Mr. Gatlin has been diagnosed in the past with
                    major depression (1993) with at least three suicide at-
15.                 tempts, schizoaffective disorder versus paranoid schizo-
                    phrenia versus bipolar disorder (1993,1994), anxiety re-
16.                 action (1994), dysthymic disorder (1994), and bipolar
                    disorder in the hypomanic phase (1997). <u>(Exh. A, p. 4)</u>.
17.

18.        Although, this same psychologist had previously diagnosed petitioner and

19.   found him competent to stand trial, his second diagnosis ultimately ultimately

20.   diagnosed him, under the DSM-IV Diagnoses, as:

21.                 AXIS I     Dysthymic Disorder
                               History of brief psychotic episodes
22.                            History of substance -related disorders
                               History of sexual trauma
23.
                    AXIS II    Antisocial personality disorder
24.                            Schizotypal personality disorder
                               Paranoid and narcissistic personality features
25.
                    AXIS III   Siezure disorder, history of multiple neck and
26.                            back surgeries. Otherwise deferred

27.                 AXIS IV    Psychosocial stressors: Incarceration

28.                 AXIS V     Global Assessment of Functioning, Current: 35 (Exh. A, p.9).

1.       While being confined at the County Jail facility petitioner was taking

2. Valproic Acid for his siezure disorder and Elavil, an antidepressant, for his men-

3. tal disease. (Exh. A, p. 4).

4.       Eventually, petitioner was relocated to the state prison system, after being

5. sentenced to 25 years to life for auto theft under the Three Strikes Law. Once in

6. prison, and during the relevant statute of limitations period, petitioner's condi-

7. tion worsened and he had to be placed in an "Enhance Outpatient Program"(EOP) and

8. on occassion was placed on single cell status until he was psychiatrically stablized,

9. and at one pint was being considered for commitment to the State Department of

10. Mental Health.(See Exh's. B). In fact, from 2001 until 2004, petitioner was under

11. numerous psychotropic medications,(Exh's. C) due to his suffering from hullicina-

12. tions and delusions that affected his ability to sleep, eat and/or rational thought

13. patterns that substantially contributed to his inability to recognize and/or under-

14.     stand his obligations relating to the AEDPA.

15.       In the year 2004, petitioner stopped taking his psychotropic medication so

16. that he could be treated with Alfa Inteferon and Ribavarin in order to treat his

17. Hepatitis C, which was at  grade 2, stage 2-3. However, petitioner was unable to

18. tolerate this medication, where he became anemic, coughed-up blood, always felt

19. weak and dehydrated. (Exh. D). After only 2½ months, petitioner's hepatitis treat-

20. ment was terminated on August 25, 2004, at which time he was placed on Epoeting

21. injections in order to increase his blood level. However, the hepatitis medication

22. coupled with the previously taken psychotropic medications had somewhat taken their

23. toll, as petitioner began suffering from numerous debiltating illnesses, i.e.,

24. chest pains, painful, swelling and shaking hands, vomiting and coughing-up blood,

25. blood in stool, fatigue, which effectively hindered and/or prohibited his ability

26. acknowledge and understand his legal oblibations pursuant to the AEDPA. On the

27. otherhand, even had petitioner been able to acknowledge and understand said oblga-

28. tions, his medical concerns combined with his mental illness precluded his ability

1.       to perform such obligations. Petitioner has always relied upon the assistance

2.    of other inmates, when such assistance was available, to pursue legal endeavors.

3.    It was, in fact, these legal assistants that made him realize and understand his

4.    legal obligations in the instant matter. (See Sworn Declaration of Dwight Martin,

5.    attached herewith).

6.       In recognition of the fact that pro se habeas petitioners occupy a unique

7.    position in the law, (Price v. Johnson (1948) 334 U.S. 266, 292); the 9th Circuit

8.    Court of Appeals has concluded it would be an abuse of discretion for a district

9.    court to refuse to consider a petitioner's equitable tolling claim where the peti-

10.   tioner was (1) illiterate, (2) representing himself, (3) "making a relatively novel

11.   claim under a relatively novel statute. " Brown v. Roe (9th Cir. 2002) 279 F.3d

12.   742, 745.

13.      Thus, the 9th Circuit has also recognized, as so often happens;

14.            "Petitioner is often illiterate or poorly educated and
                    yet must decipher a complex maze of jurisprudence in

15.            order to determine which of his constitutional rights,
                    if any, may have been violated. Such a task is 'difficult

16.            even for a trained lawyer to master,' and, understandably,
                    is often beyond the abilities of most prisoners.(Citations

17.            omitted.) It is thus not surprising that when a prisoner
                    attempts to prepare his own [ . . . ] petition without the

18.            assistance of counsel, the product of his efforts is often
                    confusing and incomprehensible amalgam of claims which

19.            not only fails to protect the prisoner, but which ties up
                    valuable court time in the inevitable struggle to compre-

20.            hend what is being alleged."

21.   Brown v. Vasquez (9th Cir. 1991) 252 F.2d 1164 citing Murray v. Giarratano (1989)

22.   492 U.S. 1, 28 (Stevens, J., dissenting).

23.       In the instant case, petitioner is not illiterate, but suffers from some-

24.   thing much worse, wherefore the aforementioned observations must apply. Petitioner

25.   suffers serious medical issues, which could have resulted, in part, from the use

26.   of prescribed psychotropic medications, combined with mental illness, he is re-

27.   presenting himself Pro Se and he is making a relatively novel claim under a rela-

28.   tively novel statute, while suffering ( at least part, if not all of the time,)

1. from numerous medical and major mental illness for which he was heavily medicated.

2.     As a result, under the totality of circumstances presented, extraordinary

3. circumstances beyond petitioner's control existed which made it impossible for him,

4. while suffering mental and physical illness and heavily medicated, to file his

5. claims on time. In his attempt to demonstrate his mental and physical illness peti-

6. tioner has supplied what documents that were readily able to comprehend. If the docu-

7. ments are not enough to establish petitioner's claim of equitable tolling this

8. court should hold, at the very least, a competency hearing whereby petitioner would

9. be entitled to the appointment of counsel, for said hearing, to protect his interest

10. and fully develop an adequate record. <u>Smith v. Stewart</u> (9th Cir. 2001) 241 F.3d 1191;

11. <u>Hoffman v. Arave</u> (9th Cir. 2001) 236 F.3d 523, 536; <u>Siripongs v. Calderon</u> (9th Cir.

12. 1994) 35 F.3d 1308, 1315-16. Similar procedures have been approved in other cases

13. where the evidentiary basis underlying claims need to be developed. <u>Paradis v. Arava</u>

14. (9th Cir. 2001) 240 F.3d 1169, 1172.

15.                                     <u>CONCLUSION</u>

16.     In light of the legal and factual totality of circumstances, surrounding

17. petitioner's inability to file a timely habeas petition, respondent's motion to

18. dismiss must be rejected.

19. 12/26/07

20.

21.                                             Respectfully Submitted,

22.

23.

24.                             /S/ _Frederick Dahl_

25.                             Frederick Gatlin/Pro Se Petitioner

26.

27.

28.

(8)

EXHIBIT . . . . . A

*Jeffrey S. Kline, Ph.D.*
CLINICAL & FORENSIC PSYCHOLOGY
Lic. No. PSY10811

The Bright Eagle Mansion
1040 Noel Drive, Suite 209
Menlo Park, CA 94025
**(650) 329-8904**

## *Forensic Psychological Evaluation*

August 16, 1998

TO:      Jennifer Green
         Deputy Public Defender
         Law Offices
         Office of the Public Defender
         120 West Mission Street
         San Jose, Ca. 95110

RE:      Fredrick John Gatlin
         Municipal Court #E9702658

SUBJECT: Psychodiagnostic Evaluation

Dear Ms. Green,

The following is the report summarizing my evaluation of Mr. Fredrick Gatlin. I was initially appointed by the Court on 8/26/97 to conduct an examination of the mental condition of the defendant for J.J. Kapp, under Evidence Code Section 1017, after he was charged with grand theft auto on 6/11/97. It is my understanding that he has been convicted of that offense and is now awaiting sentencing. You requested an additional evaluation with psychodiagnostic testing to establish the extent to which Mr. Gatlin suffers from a mental disorder.

Date of Evaluation:     7/21/98
Place of Evaluation:    Main Jail, San Jose
Duration of Evaluation: 4 hours, 35 minutes

## Records Reviewed

1. U.S. Probation Officer's report, 8/21/97
2. Municipal Court, Santa Clara County, statement of the charges and prior conviction
3. Crime Report, 6/11/97
4. Criminal History Report
5. Santa Clara Valley Medical Center Records of Treatment 6/11/97-7/25/97
6. Main Jail Medical Records, 6/15/97-7/14/97
7. Inmate Grievance Form, 6/18/97
8. 1368 Examination, Douglas Harper, M.D., 2/23/98
9. U.S. District Court Probation Officer Letter, 8/21/97
10. 1368 Examination, Robert Burr, M.D., 3/5/98
11. Sacramento County Department of Health, Main Jail Medical Services Records, 12/11/96, 1/18/97
12. UC Davis Medical Center Records, 5/13/97-6/3/97
13. Mercy General Hospital Records, 5/31/97
14. Santa Clara Valley Medical Center Records, 7/6/94-3/3/98
15. U.S. Department of Justice, Federal Bureau of Prisons Medical Records, 6/29/92-7/29/96
16. Federal Correctional Institution, Terminal Island, Medical Records, 11/19/93-3/25/94
17. John C. Lincoln Hospital Medical Records, 11/1/96
18. Health Services Unit, Federal Correctional Institute, Phoenix, Arizona, 6/15/94-4/29/97
19. Inmate History and Disciplinary Data, 10/14/97
20. Incident Reports, Federal Correctional Institute, Phoenix, Arizona, 6/11/94, 8/6/94, 2/10/95
21. Incident Report, Federal Correctional Institute, Terminal Island, Ca., 1/1/94, 1/19/94
22. Sacramento County Main Jail Medical Records, 2/13/97
23. Federal Medical Center, Rochester, Minnesota, Medical Records, 10/7/93
24. Saratoga Medical Center, Springfield, Virginia, Medical Records, 5/29/96, 6/17/96
25. VA Medical Center, Phoenix, Arizona, Medical Records, 10/29/96
26. Phoenix General Hospital, Medical Records, 8/21/96, 4/18/97

## Consent Advisement & Confidentiality Waiver

Mr. Gatlin was informed of the purpose of this evaluation, that the information gathered will be used for a report to his attorney and the Court, and that the results are not confidential. The defendant acknowledged his understanding of this, his comprehension was good, and he agreed to participate.

## Tests Administered

MMPI-2
Rorschach

## Criminal History

Mr. Gatlin reported an extensive adolescent legal history resulting in juvenile detention on several occasions, although he was unable to remember the specifics. His arrest record indicates that between 1973 and 1993 he has been charged with bank robbery, robbery with use of a firearm, burglary, driving without a license, battery on a peace officer, resisting arrest, receiving stolen property, possession of a controlled substance, vehicle theft, and battery. His Federal probation officer reported that Mr. Gatlin has also been arrested multiple times for petty theft while under Federal supervision. He has been in prison 3 times.

## Mental Health, Psychiatric & Substance Abuse History

Mr. Gatlin denied a history of psychiatric hospitalizations but said that he has been treated with psychiatric medications as an outpatient. He could not remember the names of the medications. During the initial 1017 evaluation conducted by this evaluator (September 1997), Mr. Gatlin reported that while he lived with his mother in 1990 he became "very, very religious" and he had visual hallucinations of "demons" in his room with whom he would fight. He had several of these episodes in 1990 which were transient and lasted for about 10-15 minutes. During the same period he said that he experienced 2-3 day periods of sleeplessness and hyperactivity. He also reported a long history of odd experiences such as people and objects suddenly disappearing, talking to trees that he said had faces and souls, and one time opening a door and feeling a stab on his neck when no one was there. During the current evaluation Mr. Gatlin reported two other occasions in which he experienced transient psychotic-like episodes and denied co-occurring

substance intoxication. One was when he lived in Louisiana and a girlfriend would not let him back into her apartment at night. He said that he "sat there three or four hours until day light and felt all kinds of things being pulled out of me, like something was being drawed out of me." The other incident occurred in May of 1997 while he was living with his brother and lasted about 20 minutes. He said that "all of a sudden I felt like I was being controlled by everything...like something being pulled out of my right arm...I believed God was pulling all kinds of demons out of me...the last one was not pulled out and a voice came out of me...a demon...and said you would not take me out until judgement day." Mr. Gatlin related the latter incident in the midst of reporting his history of being sexually abused in the form of anal penetration (described below).

Mr. Gatlin said that he was treated with counseling in prison for depression for about 7 months in 1993. His depression was precipitated by his mother's deteriorating health. He has a history of incarceration at the Vacaville Medical Facility in 1977 but there were no records from this facility available for this evaluation.

The records indicate that Mr. Gatlin has been diagnosed in the past with major depression (1993) with at least three suicide attempts, schizoaffective disorder versus paranoid schizophrenia versus bipolar disorder (1993, 1994), anxiety reaction (1994), dysthymic disorder (1994), and bipolar disorder in the hypomanic phase (1997). The records document that Mr. Gatlin reported a history of auditory and visual hallucinations. Symptoms that he has presented with include suicidal ideation, confusion, illusions, delusions, auditory hallucinations with paranoid content, and pressured and expansive speech. He has been treated with antipsychotic (Haldol, Stelazine) and antidepressant medications (Prozac, Imipramine). The mental disorder symptoms that have been documented in the past are complicated by a co-occurring seizure disorder and appear to be relatively short-lived. The records also indicate that he has episodes of pseudo-seizures. At the time of this evaluation he was taking valproic acid for his seizure disorder and Elavil which is an antidepressant.

In January of 1997 while at a Federal halfway house in Sacramento he was found running naked through the neighborhood after he had torn his room apart. He was arrested and then placed on a 5150 at the Sacramento Mental Health Clinic. He told officers that he was upset over his mother's death. Mr. Gatlin told this interviewer during the previous 1017 evaluation (September 1997), "was it

brother "thought he was Jesus Christ" and committed suicide by hanging at age 35.

Mr. Gatlin did not complete High School but subsequently received his GED. He was in the Marine Corp Reserves 1971-1972 and received a dishonorable discharge secondary to "being arrested for buying stolen TV's." He has a 17 year old daughter from a woman he lived with for a few years. He has been attempting to contact her in Sacramento. He was married for about 5 months in 1991 when he lived in Phoenix where he and his wife provided emotional and spiritual support to the homeless. He said that this relationship did not work out because he gave away too many of their personal items for religious reasons. His employment has been sporadic and short-term over the years and has consisted of unskilled labor. He received a certificate for truck driving in 1991. He also has a history of frequent moves among Sacramento, Fresno, Bakersfield, Phoenix, Louisiana, New York, and Florida. He identified himself as Sunni Muslim and an ex-preacher.

## Test Results

### MMPI-2

The Validity Scale Scores on the MMPI-2 are indicative of the presence of severe psychopathology. Although the Validity Scale profile contraindicates blatant malingering, exaggeration of psychopathology is a possibility that must be considered. However, Mr. Gatlin's history of psychiatric symptoms, idiosyncratic behavior, and current presentation is consistent with the level of psychopathology manifested on the MMPI-2. Individuals with Clinical Scale Score elevations similar to that of Mr. Gatlin are typically described as having disturbed thinking, ideas of reference, and delusions are often diagnosed with schizophrenia or paranoid disorders. They are often preoccupied with abstract matters and withdraw into fantasy as a way of coping with the outside world. They feel socially alienated, suspicious, depressed, and inferior. They typically avoid emotional ties with others and resent demands placed on them. They are rebellious and harbor hostility and aggression which they have difficulty expressing in modulated ways. Individuals with this profile type often have deviant social and religious convictions. Somatic preoccupations are common, may substitute for dysphoric feelings, and may even become delusional at times.

## Rorschach

Mr. Gatlin scored positive on the schizophrenia, depression, and hypervigilance indexes. These results are indicative of the presence of a significant psychotic thought process, depressive affects, and a hyperalertness in order to avoid victimization. In addition, the results suggest feelings of chronic stimulus overload, excessive unorganized need states, an inconsistent style of problem solving, and labile affects despite attempts to avoid emotions. Individuals with these results are typically accurate in perceiving and responding to obvious and uncomplicated aspects of the external environment; however, reality testing often becomes impaired when faced with more ambiguous and complex situations. Individuals with these Rorschach results are often diagnosed with schizophrenia, paranoid disorder, and/or depression.

## Current Psychological Status, Impressions & Conclusions

Mr. Gatlin is a 44 year old, divorced, unemployed, incarcerated African-American man. He presented for this evaluation as oriented, behaviorally organized, well groomed, and cooperative and he recalled our previous contact in September of last year. He wore a neck brace stating that this was due to his history of neck and back injuries and "I got myself in difficulty with officers here and each time they grabbed me around the neck." He informed this evaluator that he was found guilty of auto theft and stated, "I already told them I took the car...it didn't matter because I was having psychotic manifestations...I call it living in the physical world and the spiritual world...I found myself always asking God about what I was doing and whether it was right or wrong...you have God and you have Satan and to me they all sound alike, they will deceive you...so I ask God, is it you or is it Satan?" His speech was mildly pressured and although he was engaging he would often become overly abstract and raise religious ideas and become circumstantial when asked concrete questions. His affect was typically bright but inconsistent with his mood which seemed dysphoric and with his thought content which he described as frequently negative. When asked specifically about his mood he began complaining of multiple somatic problems which is consistent with the testing results that suggests a tendency to route his negative feelings into bodily channels. He reported his sleep pattern and appetite as adequate. He complained of a poor memory. He admitted to feeling as if his thoughts are controlled by outside forces and that thoughts are forced into his mind from the outside. He also admitted to pervasive ideas of reference believing that there is "great significance for everything, for me...a lot of people just can't see it." He denied current or

recent racing thoughts, thought broadcasting, thought withdrawal, and auditory and visual hallucinations. Although he said that God talks to him this was not in the form of auditory hallucinations. He also harbored grandiose and narcissistic ideas. For example, at one point during the interview he said, "people are there for me to be aware of my actions...in my world, just for my purpose, to be a part of what I need to know." Mr. Gatlin clearly feels a pervasive relationship with God and Satan, although he denied ever feeling as if he actually was either one of them.

Based on Mr. Gatlin's history, his current presentation, and the results of the psychological testing, it appears that he suffers from schizotypal and antisocial personality disorders with paranoid and narcissistic features. He has an impaired self-image related in part to being sexually victimized as a youth. He suffers from transient psychotic episodes with paranoid themes and manic features when excessively stressed. He has a relatively sustained psychotic thought process but it does not manifest itself in florid and sustained auditory hallucinations or delusions. Rather, it expresses itself as paranoid hypervigilance, religious preoccupation, grandiose ideas, excessive preoccupation with the significance of all things to him (ideas of reference), odd beliefs (the trees talk to him), and overly abstract and impressionistic ideas. His typical thought process could also be described as "near psychosis" or "psychotic-like" and co-occurs with chronic dysphoria. Although his perceptions are accurate when faced with obvious aspects of the external world, when situations become complex, affect-laden, and ambiguous his reality testing becomes impaired. Given the character of his thought disorder, his antisocial adjustment, and his social estrangement, his comment about "living in the physical world and the spiritual world" suggests great difficulty in blending his religious beliefs with practical adjustment as if he can live in neither place successfully. The affable social front he often presents to authority figures belies underlying feelings of resentment, hostility, and rebellion against the demands of others, and great difficulty appropriately modulating the expression of strong feelings.

Mr. Gatlin's clinical picture is complicated by multiple medical problems and somatic complaints. It is likely that at least some of these complaints, and possibly some of his seizures, are in part psychogenic and replace troublesome feelings related to his history of trauma, failures, and antisocial behaviors.

## DSM-IV Diagnoses

Axis I    Dysthymic Disorder
           History of Brief Psychotic Episodes
           History of Substance-Related Disorders
           History of Sexual Trauma

Axis II   Antisocial Personality Disorder
           Schizotypal Personality Disorder
           Paranoid & Narcissistic Personality Features

Axis III  Seizure disorder, history of multiple neck and back surgeries
           Otherwise deferred

Axis IV  Psychosocial Stressors:  incarceration

Axis V   Global Assessment of Functioning, Current:   35

Respectfully Submitted,

_____

Jeffrey S. Kline, Ph.D.

EXHIBIT . . . . . B

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

**MENTAL HEALTH PLACEMENT CHRONO**

| P19908 | Gatlin | Fredrick | N-333L | 4/17/01 | CMF |

THIS INMATE HAS COMPLETED A MENTAL HEALTH EVALUATION WITH THE FOLLOWING RESULTS: (check Box a-d)

a) ☐ Does Not Meet Criteria for Inclusion in the Mental Health Services Delivery System (MHSDS)

b) ☒ Meets Inclusion Criteria for the MHSDS. Check Level of Chief LOC) Below.

c) ☐ Inclusion is for Medical Necessity (Obtain Chief Psychiatrist Signature Below, Check LOC)

d) ☒ Currently Included in the MHSDS. Check new or continuing LOC below.

LOC: ☐ Clinical Case Management (CCCMS)    ☒ Enhanced Outpatient Program (EOP)    ☐ Crisis Bed (MHCB)    ☐ Inpatient (DMH)

Calculated GAF  44    Psychotropic Medication Prescribed:  Yes ☒   No ☐

**Current Behavior Alerts**

Suicide ☐    Aggressive ☐    Self Injury ☐    Unpredict ☐    Other ☐

**Behavior Comments:**

Clinician  *Randles*    Signature  *R. Randles* Psychiatrist

Distribution: Central File, Unit Health Record, CCI, IMHIS Coordinator, UHRN

**CHRONOS/LABORATORY REPORTS**

| date | time | Referral |
|---|---|---|
| 2/26/07 | | S - The devil is going to kill me. I have to purify my self - fasting, prayer, read the Koran 24°, I am very concern that I might kill my cellie |
| | | O - Voices is normal in volume & delirium, as above. Most concern if he might hurt his cellie. Thinks that Satan may act thru him in an him. Argumentative & exalted talking about his past behind one & over again. |
| | | A - Psychotic ? |
| | | meds emphasis ? |
| T. S/ | | P - D/C Risperdal ? & ↑ Both Risperdal |
| Delusion | | & Olanzapine |
| Hallucinati | | purified, M.D |
| Depressi | | |
| | | 2/26/02 |

institution
CALIFORNIA  MEDICAL  FACILITY /MAIN

room/wing

PROGRESS NOTES
OUTPATIENT PSYCHIATRY
OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

cdc number. name (last, first, mi)
GATLIN, FREDERICK
P-19908

CDC 7254 (8/89)

state of California        department of corrections

STATE OF CALIFORNIA    GENERAL MENTAL HEALTH CHRONO    DEPARTMENT OF CORRECTIONS

| Number | P19908 | Last | Gatlin | First | Fredrick | House | N-301L | Date | 2/26/02 | CMF |

Treatment Team recommends that I/M Gatlin be single celled for clinical reasons till psychiatrically stabilized.

Clinician _____    Reiner / GREGG _____    CDC Psychiatric 128C

A. Reiner LCSW

Paz M. Pacifico, M.D.

California Medical Facility     **PSYCHIATRIST PROGRESS NOTE**     Department of Corrections

CDC# **P19908**   Last **Gatlin**    First **Fredrick**     **4/30/02**

| Medication | Directions | Expires | Physician | Status | Target Sx |
|---|---|---|---|---|---|
| Fluphenazine 5mg  1 Tab Bid | | 7/11/02 | Pacifico | *eut* | *Psychosis* |
| Risperidone 4mg Tablet  1 Tab Q Evening See Am | | 7/11/02 | Pacifico | " | " |
| Risperidone 3mg Tab  1 Tab Qam See Evening Dose | | 7/11/02 | Pacifico | " | " |
| Phenytoin 100mg  3 Caps (300mg) Qd | | 5/29/02 | Printz | " | " |
| Paroxetine 20mg  1 Tab Qam | | 7/11/02 | Pacifico | " | *seizure* |
| Trazodone 100mg Tab  1 Tab Qhs W/50mg=150mg | | 5/8/02. | Pacifico | | *Depress* |
| Trazodone 50mg  1 Tab Qhs W/100mg=150mg | | 5/8/02 | Pacifico | | " |
| Benztropine 2mg  1 Tab Qd | | 7/11/02 | Pacifico | " | |
| Gabapentin 300mg Capsule  1 Cap Bid | | 5/29/02 | Printz | | *S · E ~* |
| Folic Acid 1mg  1 Qd | | 7/12/02 | Geraghty | | |
| Multivitamin W/minerals 1 Qd | | 7/12/02 | Geraghty | | |

**Axis I**

Schizoaffective Disorder

Polysubstance Dependence, Institutional Remission

**Axis II**             **Allergies**

Personality Disorder NOS with narcissistic and antisocial    None Known

**Axis III**                           **Side Effects**

Hepatitis, seizures, chronic pain         There is NO evidence of any side effects.

| AIMS | Date |
|---|---|
| | |
| | |
| | |
| | |
| | |

**Keyhea Expires**

**Subjective**    Reason Seen

Everything is okay. The new medication (Prolixin) makes me do things I never remember doing.

**Objective**

Patient is more concern w̄ the memory problem. Hallucination only shadows - claims still there but "it's just a side of time"

**Assessment**

Seems to be in better control in his own assessment except for the memory.

**Plan**

Refer back to neurology

          date    4/30/02     | Pacifico |    *for pacifico m D.*

                             Psychiatrist

| **PSYCHIATRIST PROGRESS NOTES** | | | Last Name **Gatlin** | First Name **Fredrick** |
|---|---|---|---|---|
| **MH 3** | | **EOP** | House **N-301L** | Institution **CMF**   Age **48** |
| Confidential Patient/Client Information | | | CDC# **P19908** | DOB **06/13/54** |
| Department of Corrections    State of California | | | | |

California Medical Facility  **PSYCHIATRIST PROGRESS NOTE**  Department of Corrections

| Medication | Direction | Expires | Physician | Status | Target Sx |
|---|---|---|---|---|---|
| Fluphenazine 5mg  1 Tab Bid | | 7/11/02 | Pacifico, Paz | Cut | Hallucinati |
| Risperidone 3mg Tab  1 Tab Qam See Evening Dose | | 7/11/02 | Pacifico, Paz | " | Delusion |
| Risperidone 4mg Tablet  1 Tab Q Evening See Am | | 7/11/02 | Pacifico, Paz | " | " |
| Phenytoin 100mg  2 Caps (200mg) Qhs X 14 Days | | 6/13/02 | Capozzoli,nic | " | Seizure |
| Phenytoin 100mg  1 Cap Qhs X 14 Days | | 6/28/02 | Capozzoli,nic | | |
| Trazodone 100mg Tab  1 Tab Qevening (w/50mg= 150mg) | | 6/27/02 | Pacifico, Paz | " | Sleep + Dep |
| Paroxetine 20mg  1 Tab Qam | | 7/11/02 | Pacifico, Paz | " | Depression |
| Trazodone 50mg  1 Tab Qevening (w/100mg= 150mg) | | 6/27/02 | Pacifico, Paz | " | Sleep |
| Benztropine 2mg  1 Tab Qd | | 7/11/02 | Pacifico, Paz | | S-E |
| Gabapentin 400mg Capsule  1 Tab Tid | | 6/29/02 | Capozzoli,nic | | |
| Celecoxib 200mg  1 Cap Qd Prn | | 8/20/02 | Geraghty, | | |

AIMS  0   Date  6/6/02

**Axis I**
Schizoaffective Disorder
Polysubstance Dependence, Institutional Remission

**Axis II**  Allergies
Personality Disorder NOS with narcissistic and antisocial  None Known

**Axis III**  Side Effects
Hepatitis, seizures, chronic pain  There is NO evidence of any side effects.

Reason Seen: Medline  Keyhea Expires

**Subjective**
I'm getting worse - I urinated in myself

**Objective**
Voices none - just seeing things that started since childhood thinks the meds I can't prescribed started his incidence no S-E. Compliance is questionable

**Assessment**
not much problem psychiatrically

**Plan**
Will continue to monitor.

Date  6/5/02   Pacifico  pr pacifico u.d.
Psychiatrist

| INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name Gatlin | First Name Fredrick |
|---|---|---|---|
| MH 3 | EOP | House N-301L | Institution CMF  Age 48 |
| Confidential Patient/Client Information | | CDC# P19908 | DOB 06/13/54 |
| Department of Corrections  State of California | | | |

State of California, Department of Corrections -- Institution: _____  Prior Page Number : _____

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.**

| Date/Time: Problem & #. [✓]. Signature, Title & Print (or stamp). | Store & File Reverse Chronological Order. |

10/29  45 yo 3 Trik  27-1/yr, —
1245     Depressed, "overwhelmed
unable to sleep.
Seeing scary faces, Seen The
Devil in County Jail.
History 5150's, psych eval at CMF.
Pt Stole Car, to get back to Davis
Med Center for Kidney failure due
To prednisone overdose → kidney failure.
Before that in fed prison for robbing
Banks in fresno to give Mother
Present — History of Bro- hung himself 36 yo
car theft occurred in S Jose saw keys in
Trunk "God said Car was for me to
get Back To Sacr
EPS — affect flat — akinesthesia
Thoughts unclear scattered blocking
q met very Coop friendly
imp  agitated depress, Schizophrenia
plan  meds
needs EOP eval. _____ md

Page # _____

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name: Gatlin    First Name:    MI: |
|---|---|---|
| CDC Form MH 3 [11/9/95] | Inpatient | |
| Confidential Client/Patient Information See W & I Code, Section 5328 | Outpatient | CDC # P19908    DOB __/__/__ |

TEMPORARY SINGLE CELL FORM

Mentally Unstable ☒

Deteriorating ☐

Describe    Poor Hygiene ☐

I/M suffers from delusions and religious preoccupation, necessitating assignment until he can be stabilized.

Referer

Clinician

Larry R. Dizmang, MD Chief Psychiatrist

Original: C-File cc: Associate Warden-MHSDS; Facility Captain; CCII; CCI; Central Compliance; Housing Supervisor; etc.

California Medical Facility    **CASE MANAGER PROGRESS NOTE**    Department of Corrections

| number | P19908 | last | **Gatlin** | first | **Fredrick** | House N-30L | date | **1/15/03** | **CMF** |

**Axis I**
Schizoaffective Disorder
Polysubstance Dependence, Institutional Remission

**Axis II**

Personality Disorder NOS with narcissistic and antisocial          **Keyhea Expires**

| **Current Problem List** | **Current Status** | **Risk Assessment** |
|---|---|---|
| Delusions | Remains the Same | Suicide Low |
| Hallucinations | " " | Aggressive Low |
| | | Self Injury Low |
| | | Unpredictable Low |

**Plan from last MH-2**

Continue present EOP treatment programming.

**Subjective**

Case mgt session : "...isolation, reclusion (in cell) helps me to fight the demons... I don't hear voices... I think I'm Jesus Christ... demons, angels + devils don't ot frighten me ... I've seen them for so long...

**Objective**

Risk assess 1 as x 4, as noted· denies appreciable flgs of depression, anger, paranoia + stress · denies S/HI, but admits to V/HI, as noted · eats well · broken sleep · alleges med compliance · delusional.

**Assessment**

M.S. is essentially, unchanged from last wk · denies S/HI, but admits to visions of demons, etc · delusions fixed in 2 religiosity· denies suicidality.

**Plan**

Continue regular EOP To program compliance.

Case Manager   Zulli                    M Zulli, Ph.D.

| **CASE MANAGER PROGRESS NOTE** | **LEVEL OF CARE** | **Last Name** Gatlin | **First Name** Fredrick |
|---|---|---|---|
| MH 3 | EOP | | **institution** CMF |
| **Confidential Patient/Client Information** | | CDC# P19908 | dob 6/13/1954 |
| Department of Corrections   State of California | | | |

California Medical Facility

| Administrative Information: | E | ...ATION AND TREATMENT PLAN (MH | Department of Corrections |
|---|---|---|---|

Date  1/15/03

| Type of Review: **Update** | Setting: **EOP** | Gender: **Male** | Date Enter Rx Level | **4/18/01** |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| CDC Arrival | Comit Time | **26-life** | Points **33** | Ethnicity **BLA** |
| CMF Arrival **4/10/01** | Comit Date | | Custody **CLOB** | Language **English** |
| Release Type **LIFE** | County Comit **Santa Clara** | | 115's **0** | Vict/Pred **[ ]** |
| Release Date | DOB **6/13/54** | | Housing **N-301L** | Priv/WrkGroup **A1A** |
| MaxDate | | Theft of Auto or Vehicle | | SS# |
| Parole Region | Commiting | | | Juvenile History ☐ |
| Parole Unit | Offenses | | | Gang Affiliation ☐ |

TB Code **22**    Hepatitis Code **0**    HIV Code **0**

| **Mental Status Examination for Schizophrenia** | **Positive Symptoms** |
|---|---|
| **Suspiciousness** | VERY MILD-The patient seems on guard or is reluctant to respond to some 'personal' questions or reports being overly self conscious in public. (1) |
| **Unusual Thoughts** | MODERATE-Delusions present but no preoccupation or functional impairment. (3) |
| **Hallucinations** | MODERATE-Occasional verbal, or other sensory hallucination with no functional inpairment. (3) |
| **Conceptual Disorganization** | VERY MILD-Pecular use of words or rambling but comprehensible speech. (1) |

| | **Negative Symptoms** |
|---|---|
| **Prolonged Response** | MINIMAL-Minimal evidence of inappropriate pauses. (1) |
| **Emotion** | MINIMAL-Spontaneous expressions of emotion occur when expected. However there is a reduction in degree of intensity of emotions expressed. (1) |
| **Reduced Social Drive** | MILD-Reduction in desire to initiate social contacts. The patient has few social relationships and these social contacts are enjoyable. (2) |
| **Grooming** | MINIMAL-Minimal reduction in grooming and hygiene. (1) |

**Positive Symptoms** **8**  0=Best 24=Worst        **Negative Symptoms** **5**  0=Best 20=Worst

| **Level of Confidence** | ☐ Unreported Due To Negative Symptoms | ☐ Patient Uncooperative |
|---|---|---|
| | ☐ Unreported Due To Lack Of Rapport | ☐ Difficult To Assess Due To Formal Thought Disorder |
| | Confidence in assessment 1=Not at all  5=Very confident **3** | |

**MSE Comments:**
No acute symptoms at this time--denies A/Hs, but sees "visions of devils, demons, and angels"----denies S/H/Parasuicidal ideation, but admits "I think of killing myself but I know I can't"--eats/sleeps ok-- not med compliant--isolates in cell--still thinks he is "Jesus".

| **Participation** | **Motivation** | **ADL's:** | **Condition** |
|---|---|---|---|
| Rarely | Poor | Good | Stable |

| **MENTAL HEALTH EVALUATION** and **TREATMENT PLAN** CDC MH 2 Page 1 of 3 Confidential Client/Patient Information | **LEVEL OF CARE** **EOP** | Last Name **Gatlin** | First Name **Fredrick** |
|---|---|---|---|
| | | CDC# **P19908** | Institution **CMF** DOB **6/13/54** |

Department of Corrections        State of California

California Medical Facility                CASE MANAGER PROGRESS NOTE                Department of Corrections

| number | P19908 | last | Gatlin | first | Fredrick | House N-30 | date | 3/25/03 | CMF |

**Axis I**
Schizoaffective Disorder
Polysubstance Dependence, Institutional Remission

**Axis II**

Personality Disorder NOS with narcissistic and antisocial

**Keyhea Expires**

**Current Problem List**          **Current Status**                    **Risk Assessment**
Delusions                         *Denies*              Suicide  Low
Hallucinations                    *Denies*              Aggressive  Low
                                                        Self Injury  Low
                                                        Unpredictable  Low

**Plan from last MH-2**

Continue present EOP treatment programming.---remove single-cell status--encourage overall tx compliance--IM should be considered for a DMH referral after he has the opportunity to re-connect therapeutically with Mr. Reiner, his primary clinician. During his discussions as such with Mr. Reiner, IM should be considered for CCCMS status in the not-so-distant future. The tx goals are to decrease delusions and hallucinations, through the various tx interventions.

**Subjective**

Iter reports that he is awaiting Transfer as a CCCMS level inmate.

**Objective**

IM has reduced his level of program participation recently.

**Assessment**

IM sounds rational & coherent. He denies any current issues.

**Plan**

Continue CCCMS level.

Case Manager  Reiner          *A. Reiner LCSW*

| CASE MANAGER PROGRESS NOTE | LEVEL OF CARE | Last Name Gatlin | First Name Fredrick |
| MH 3 | CCCMS | Institution CMF | |
| Confidential Patient/Client Information | | CDC# P19908 | dob 6/13/1954 |
| Department of Corrections          State of California | | | |

EXHIBIT . . . . . C

California Medical Facility

Department of Corrections

## EVALUATION AND TREATMENT PLAN (MH 2...)

| | Date | 10/17/01 |
|---|---|---|

**Current Working Diagnosis:**

**Axis I**

295.70  Schizoaffective Disorder

304.80  Polysubstance Dependence, Institutional Remission

**Axis II**

301.9   Personality Disorder NOS with narcissistic and antisocial features

**Axis III**
Hepatitis, seizures, chronic pain

**Axis IV**
Incarceratio

**Axis V**
45   Calculated GAF

| AIMS | Date |
|---|---|
| 0 | 4/25/01 |

| 40 | 45 | 50 | 45 |
|---|---|---|---|
| Psych Impair | Soc Skill | Danger | ADL |

**Keyhea Expires**

**Diagnostic Comments:**
   IM has perceptual disturbances dating back to childhood, and at least 2 admitted depressions with suicide attempts. Has primary sx of v/h, ("visions"). Is delusional and grandiose, "sometimes I think I'm Jesus Christ". Has had episodes of requiring no sleep for days. Therefore gave Dx of Schizoaffective Disorder. I/M has strong narcissism. He also has long hx of crimes, suggesting antisocial features, though some of these crimes appeared to be influenced by mental illness.

**Treatment Plan:**

**Treatment Objectives**

Reduce Psychotic Symptoms
Decrease Depression

| Treatment Modality | Hrs/Wk |
|---|---|
| Social Skills | 1 |
| Recreation Therapy | 1 |
| Recreation Therapy | 1 |
| Problem Solving | 1 |
| Recreation Therapy | 1 |
| Theraputic Work Activity | 4 |
| Health Education | 1 |
| Community Meeting | 1 |
| Problem Solving | 1 |
| Mental Health Education | 1 |
| Recreation Therapy | 1 |
| Relapse Prevention | 1 |

| Total Hrs/Wk |
|---|
| 15 |

| Participation | Motivation | ADL's: |
|---|---|---|
| Usually | Fair | Good |

| Med Compliant | Condition |
|---|---|
| No | Marginal |

**Medications**

| | Status | Target Symptoms |
|---|---|---|
| Risperidone 2mg Tab  1 Tab Bid | | |
| Phenytoin 100mg  2 Caps Qhs | | |
| Paroxetine 20mg  1 Tab Qam | | |
| Trazodone 50mg  3 Qhs | | |
| Benztropine 2mg  1 Tab Bid | | |
| Omeprazole 20mg  1 Cap Bid X 14 Days | | |

**Side Effects:** There is NO evidence of any side effects.

**Drug Allergies** None Known

| MENTAL HEALTH EVALUATION and TREATMENT PLAN CDC MH 2 Page 2 of 3 Confidential Client/Patient Information | LEVEL OF CARE EOP | Last Name Gatlin | First Name Fredrick |
|---|---|---|---|
| | | Institution CMF | |
| Department of Corrections          State of California | | CDC# P19908 | DOB 6/13/54 |

California Medical Facility          **PSYCHIATRIST PROGRESS NOTE**          Department of Corrections

| Medication | Directions | Expires | Physician | Status | Target Sx |
|---|---|---|---|---|---|
| Risperidone 4mg Tablet  1 Tab Qhs See Am | | 6/11/02 | Pacifico, Paz | Cont. | Delusion |
| Olanzapine 15mg Tab  2 Tabs (30mg) Qhs  ↓ gradually | | 6/11/02 | Pacifico, Paz | " | Hal |
| Risperidone 3mg Tab  1 Tab Qam See Hs | | 6/11/02 | Pacifico, Paz | " | " |
| Phenytoin 100mg  3 Caps (300mg) Qd | | 5/29/02 | Printz, | " | Seizure |
| Trazodone 50mg  1 Tab Qhs W/100mg=150mg | | 5/8/02 | Pacifico, Paz | " | Depression |
| Trazodone 100mg Tab  1 Tab Qhs W/50mg=150mg | | 5/8/02 | Pacifico, Paz | " | " |
| Paroxetine 20mg  1 Tab Qam | | 5/8/02 | Pacifico, Paz | " | " |
| Benztropine 2mg  1 Tab Qd | | 5/8/02 | Pacifico, Paz | " | S. effects |
| Gabapentin 300mg Capsule  1 Cap Bid | | 5/29/02 | Printz, | | |
| Celecoxib 200mg  1 Cap Prn | | 5/29/02 | Printz, | | |

Start Prolixin

wt. 260 lbs.

**Axis I**
Schizoaffective Disorder
Polysubstance Dependence, Institutional Remission

AIMS  date
0   4/11/00

**Axis II**
Personality Disorder NOS with narcissistic and antisocial

**Allergies**
None Known

**Keyhea Expires**

**Axis III**
Hepatitis, seizures, chronic pain

**Side Effects**
There is NO evidence of any side effects.

**Laboratory Studies**

| lithium | date | tegretol | date | valproate | date | tsh | date | cbc | date | SMA-20 | date | Liver Pan | date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

**Reason Seen:** prn line

**Subjective**
I sleep all the time and the demons can't bother me when I asleep. Still able to come to groups - they want me np. No yards exc

**Objective**
Patient seen because seeing things & fighting Demons. Last time given the maximum dose of Olanzapine but now complaining of ↑ weight. Denies s.e. Compliant c meds.

**Assessment**
Increasing Weight

**Plan**
Will gradually reduce Olanzapine & replace c Prolixin

date    4/11/02      Pacifico
                     psychiatrist     Paz M. Pacifico m.d.

**INTERDISCIPLINARY PROGRESS NOTES**

MH 3

**Confidential Patient/Client Information**

Department of Corrections          State of California

| LEVEL OF CARE | Last Name | First Name |
|---|---|---|
| **EOP** | **Gatlin** | **Fredrick** |
| | House | Institution | Age |
| | N-301L | **CMF** | 48 |
| | CDC#  P19908 | DOB  06/13/54 |

California Medical Facility                                    Department of Corrections

| Administrative Information | **EVALUATION AND TREATMENT PLAN (MH 1)** | | Date | 11/30/04 |
|---|---|---|---|---|

| Type of Review: | Initial | Setting: | CCCMS | Gender | | Date Entered Rx Level | 4/18/01 |
|---|---|---|---|---|---|---|---|
| CMF Arrival | 4/10/01 | Comit Time | 26-life | Points | 029 | Ethnicity | BLA |
| Release Type | LIFE | Term | Third | Custody | MEDA | Language | English |
| Release Date | | County Comit | Santa Clara | DOB | 6/13/54 | Vict/Pred | [ ] |
| Housing | N-237L | | | | | Priv/Wrk Group | A1 A |

Commiting Offenses: Theft of Auto or Vehicle

SS# _____

IDTT Date: 11/30/04

| TB Code | 22 | Hepatitis Code | 0 | HIV Code | 0 |
|---|---|---|---|---|---|

---

**M.S.E. for Schizophrenia or Psychotic Disorder, NOS         Positive Symptoms**

| **Suspiciousness** | VERY MILD-The patient seems on guard or is reluctant to respond to some 'personal' questions or reports being overly self conscious in public. (2) |
|---|---|
| **Unusual Thoughts** | MODERATE-Delusions present but no preoccupation or functional impairment. (4) |
| **Hallucinations** | MODERATE-Occasional verbal, or other sensory hallucination with no functional inpairment. (4) |
| **Conceptual Disorganization** | NOT PRESENT (1) |

**Negative Symptoms**

| **Prolonged Response** | NORMAL-No abnormal pauses before speaking. (1) |
|---|---|
| **Emotion** | MINIMAL-Spontaneous expressions of emotion occur when expected. However there is a reduction in degree of intensity of emotions expressed. (2) |
| **Reduced Social Drive** | MILD-Reduction in desire to initiate social contacts. The patient has few social relationships and these social contacts are enjoyable. (3) |
| **Grooming** | MINIMAL-Minimal reduction in grooming and hygiene. (2) |

| Positive Symptoms | 11 | 0=Best 24=Worst | Negative Symptoms | 8 | 0=Best 20=Worst |
|---|---|---|---|---|---|
| Previous Positive Sx | 11 | | Previous Negative Sx | 8 | |

- [ ] Unreported Due To Lack of Rapport
- [ ] Unreported Due To Negative Symptoms
- [ ] Patient Uncooperative
- [ ] Difficult to Assess Due to Formal Thought Disorder

**Comments MSE**     Confidence in assessment 0=Not at all 5=Very confident  [ 3 ]

I/P said he's "doing fairly nice...young man with me has a very good spirit. I explained my situation; he kinda adapts to it." He said "Its my intentions to comply...In order for me to get whatever help is necessary to do." He said "I been up since 12 (midnight). I pray at night." ..The best time to connect with God is when its still, peace."

| Participation | Motivation | Condition | ADLS |
|---|---|---|---|
| Sometimes | Fair | Marginal | Fair |

---

| MENTAL HEALTH EVALUATION and TREATMENT PLAN CDC MH 2 Page 1 of 3 Confidential Client/Patient Information | LEVEL OF CARE EOP | CDC# | P19908 |
|---|---|---|---|
| | | Last | Gatlin | First | Fredrick |
| | | DOB | 6/13/54 | Institution | CMF |
| | | Eth | Bla | House | N-237l |

Department of Corrections          State of California

California Medical Facility                                    Department of Corrections

**EVALUATION AND TREATMENT PLAN (MH 2 P2)**    Date    11/30/04

## Current Working Diagnosis

**Axis I**
295.70    **Schizoaffective Disorder**
304.80    **Polysubstance Dependence, Institutional Remission**

**Axis II**
301.9    **Personality Disorder  NOS with narcissistic and antisocial features**

| AIMS | Date |
|------|------|
| 0 | 7/26/02 |
| 0 | 10/23/02 |
| 0 | 1/15/03 |
| 0 | 4/29/03 |
| 0 | 4/15/04 |

**Axis III**
**Hepatitis, seizures, chronic pain**

**Axis IV**
**Incarceration**    Keyhea Expires

**Axis V**

| 45 | Calculated GAF |

| 45 | 45 | 45 | 45 |
|----|----|----|----|
| Psych Impair | Soc Skill | danger | adl |

**Diagnostic Comments:**
(1/15/03)  Diagnostic picture remains essentially unchanged. (4/29/03)  relative to past team's evaluation shows improvement is some areas (hallucinations, cooperation, med compliance) however consistent areas for improvement are unusual thoughts, suspiciousness, isolation. (4/04)  Dx is constent with report symptoms (visual Hallucination, suspiciousness, isolation, delusions).

## Treatment Plan

| Problem List | Objectives | Plan/Modality |
|--------------|-----------|---------------|
| Delusions/hallucinations | Reduce Psychotic Symptoms | 1:1 Case Management |
| | | Medication (Refuses) |
| | | Groups: Coping Skills, Living Skills, Houses of Healing, RT |
| Paranoia | Improve Coping Skills | 1:1 Case Management |
| | | Medication (Refuses) |
| | | Groups: Bibliotherapy, RT Autobiographics, Curr. Events. |
| Withdrawal | Decrease Maladaptive Behavior | 1:1 Case Management |
| | | Medication (Refuses) |
| | | Groups: Coping Skills, Living Skills, ADL, Health Education |

## Medications

Timolol .5% Opth Sol 10ml 1 Drop In Each Eye2 Times Daily

Targeted Monitored Drug Gabapentin800mg Tid

Gabapentin 800mg Tablet 1 Tab Tid*tmd-p Pending*

Baclofen 10mg 1 Tid Prn Spasm/pain

Maalox Extra Strength 1 Teaspoonsful(5cc) 4times Daily As Needed

Med Compliant    No
Clozapine Date
Clozapine Months
Drug Allergies    None Known

Side Effects:
There is NO evidence of any side effects.

| Weight (lbs) | 19908 | 261 | 266 | 261 | 269 | | |
|--------------|-------|-----|-----|-----|-----|---|---|
| Date | 1/15/03 | 7/21/03 | 4/15/04 | 6/21/04 | 11/30/04 | | |
| % Change | | -98.7% | -98.7% | -98.7% | -98.6% | | |

| MENTAL HEALTH EVALUATION and TREATMENT PLAN CDC MH 2 Page 2 of 3 Confidential Client/Patient Information | LEVEL OF CARE EOP |
|---|---|

Department of Corrections    State of California

CDC#  P19908
Last  Gatlin    First  Fredrick
DOB  6/13/54    Institution  CMF
Eth  Bla    House  N-237l

**EVALUATION AND TREATMENT PLAN (MH 2 P3)**    Date  11/30/04

**Laboratory Studies:**

**Current Behavior Alerts:**

| Alerts: | Suicide | Aggression | Self Injury | Unpredictable | Sexual |
|---|---|---|---|---|---|
| **Behavior Alerts** | Low | Low | Negligible | Low | Negligible |

(MH4, 4/17/01) "IM reports history of 2 suicide attempt--1974 drank Brasso, 1988 cut wrist. IM denies any suicidal ideation or intent, however he states, ":I want it all to end right now, but its against my beliefs." IM states tat he cannot have cellmate as he would not be able to tolerate it." As of 11/30/04, IP reports he is doing well with his new cellie. He is not requesting a single cell.

**Subjective Complaints:**

I/P seen for IDTT.I/P said he is "doing fairly nice...young man with me has a very good spirit...I explained my situation, he kinda adapts to it....I been up since 12. I pray at night...the best time to connect with God is when its still, peace." He said "its my intentions to comply in order for me to get whatever help.. is necessary to do." His mood and thinking are "Okeedoke." His eating, "I just eat once a day, in the morning..food irritates my stomach....""I get sick and I throw up." Denies SI/HI. He does not want to go to O.T. In

**Objective Findings:**

I/P's LOC was changed from CCCMS to EOP on 11/24/04. He was not doing well on CCCMS. It was reported "he sleeps during the day and is awake at night. He talks to demons and angels. He believes he is going to die soon from his physical ailments because the angels told him so. As of 11/30/04, I/P said he does not need a single cell and he will program; he has serious medical problems. The c/o reports no problems with I/P.

**Current Assessment:**

I/P speaks slowly. He appears marginal with slight improvement in this structured EOP setting  Refuses psychotropic medication.

**Current Plan and Treatment Recommendations:**

IDTT recommends: Continue with EOP LOC. Delusions/hallucinations, paranoia, and withdrawal will be treated with medication (refuses); individual case management contact and groups. The group therapy programming requirements were reviewed with I/P. He is not interested in going to O.T. He is not appropriate for therapeutic work activity.

| ICC Advocate | No |
|---|---|

| | Treatment Team | N-2 | Title | Signature |
|---|---|---|---|---|
| ☒ **ITP Referral Considered** | Kaw | | Team Leader | |
| **Patient Needs to be Seen by IDTT within:** 90 Days | Durbin | | Case Manager | N. Durbin PhD |
| Next Review before: 2/28/05 | Zafra | | R.N. | |
| ☐ Deaf | | | | present |
| ☐ Hard of Hearing  Clark Track | Hancock | | Counsellor | YES |

| MENTAL HEALTH EVALUATION and TREATMENT PLAN CDC MH 2 Page 3 of 3 Confidential Client/Patient Information | LEVEL OF CARE | CDC# P19908 | |
|---|---|---|---|
| | EOP | Last Gatlin | First Fredrick |
| | | DOB 6/13/54 | Institution CMF |
| Department of Corrections    State of California | | Eth Bla | House N-237I |



EXHIBIT . . . . . D

INSTITUTION _CMF_ ARRIVAL TIME _20_ DATE _8/4/05_

ARRIVAL: [X] Ambulatroy [ ] Wheel C [ ]

[ ] Gurney [ ] Ambulance

HISTORIAN: [X] Patient [ ] Other_____

DC: [X] A & O X3  [ ] Compromised

GASGOW COMA SCALE (3-15)

LMP_____ Last Tet._____

SEX [ ] M [X] F EYE _Blue_ HEIGHT_____ WEIGHT_____

CHIEF COMPLAINT "_I have chest pain_"

ALLERGIES_____

MEDS_____

CHRONIC ILLNESS_____

| TIME | B/P | PULSE | RESP. | TEMP. | Pa02 | |
|------|-----|-------|-------|-------|------|---|
| 1821 | 112/67 | 85 | 14 | 978 | 9670 | c/o chest pain; ⊖ diaphoresis; facial expression ⊖ s/s of distress/pain; skin |
| 1829 | 115/67 | 83 | 18 | | 9620 | is warm & dry; pink mucosa; ⊕ SOB; ⊖ distress ✓ |
| | | | | | | an E p o |
| | | | | | | 1830 Tylenol & Maalox 30 cc po given |

[ ] See attached CDC 7254

RN/MTA Sign: _C. Sutler RN_   Date: _8/4/05_

EKG: Normal, NSR 89/mt.

PHYSICIAN'S EXAMINATION AND HISTORY

⊕ comes c/o LT. mid parasternal area occurred when he bent down to clip the toe nails; mild, no radiation, no 140 ⊕ N/V ⊕ SOB ⊕

No Hx of HTN, DM, CAD.

⊕ VSS, Comfortable-

JVD ⊖   Neck: ⊖ JVD   Chest: minimal Parasternal tendrn in the middle, CTA

[ ] See attached CDC 7254

PHYSICIAN'S STAT ORDERS (Check Mark)

[✓] VS Q__ Min. [ ] BS Finger [ ] Foley Cath

[✓] 02 NC/Mask [ ] CBC [ ] U/A

[✓] __L/Min. [ ] Drug Screen [ ] X-Ray

[✓] Pa02 Sat [ ] IV Sol____ [ ] ABG's/Lytes

[✓] ECG Monitor [ ] HHN Proventil

[✓] 12 Lead ECG Rate____ 0.5cc/NS 2.5cc

[ ] Peak Flow

ORDERS NOTED BY: (A) Chest wall pain

ADDITIONAL PHYSICIAN'S ORDERS   Tylenol, Maalox; F/u

ABd ⊕
EOM ⊖
Neuro ⊖

A = Abrasion
B = Burns
E = Ecchymo
FB = Foreign E
H = Hematom
L = Laceracio
P = Pain
PW = Punct. W
R = Redding
S = Swelling
• = Pulse Pre
+ = Pulse Ab
↓ = 1 ROM
↑ = ⊕ ROM

[ ] See attached CDC 72

DISCHARGE DX: _Chest Wall pain p.o_

FOLLOW-UP/REFERRAL:_____PCP

CONDITION OF PATIENT ON DISCHARGE: _Stable-_

DISPOSITON OF PATIENT:

[✓] Discharged to House: _amb_ [ ] Expired: Notification Given to:_____

[ ] Transferred to:_____ [ ] Custody [ ] Relatives

[ ] Admitted to:_____ [ ] Coroner [ ] Hosp. Admin.

[ ] Discharge Instructions Given? ___ Time of Death:_____

Time of Discharge:_____ 1857

PHYSICIAN'S SIGNATURE:_____ DATE: _8/4/05_

51 y.o.

Name, CDC Number, Housing, DOB

GATLIN Fredrick

P 19908

N 212L

EMERGENCY SERVICES ADMISSION CDC 7286 (11/95)

DEPARTMENT OF CORRECTIONS, STATE OF CALIFORNIA

Distribution: Orig - Patients Health Record,

Yellow - Emergency Room, Pink - Pharmacy

| DATE | TIME | |
|------|------|---|
| 10/11/05 | 1330 | |

S= F/u labs

O= T97.2 P 88 R 18   BP 120/60   wt. 242
Cruster HA

Followed for Chronic HCV + HTN. See Rx profile.
Pt doing well best C/o SOB x months.
Has lost weight on liquid diet. Has stopped
Interferon 2° anemia. Has not been on Epogen
Also C/o (L) ant. chest pain x months, non
exertional, reproducible by pressure or palpation
on chest. Also C/o (L) knee discomfort
and (L) shoulder discomfort √c analgesic balm.

O: V/S above
   P.E. – Chest clear to A&P.
        Cor RRR W/ HS c̄ cm gallops
        Abd soft NT c̄ organ/masses
        Ext-Ø ccecdema
   Labs Hgb n WNL

A:
   S/P Interferon Rx for HCV complicated by anemia + Liver
   HTN–poor control

P: D/C Baclofen + Epogen
   Continue meds.
   RTC 90 Day                        Donald Adams

PHYSICIAN'S PROGRESS NOTES

INSTITUTION CMF   PHYSICIAN Re Re: DA4 D10+lab   ROOM NO I-141L

CDC NUMBER, NAME (LAST, FIRST, MI)

Gatlin, Fredrick
P-19908
6/13/54

CDC 7230 (7/90)
STATE OF CALIFORNIA                DEPARTMENT OF CORRECTIONS

| DATE | TIME |
|------|------|
| ~~12-5-05~~ | S: Pain in Hands and Fingers |
| 12-5-05 | O: BP 107/72  T 97.3  P 98  R 20  Wt. 244 |
| 0935 | ↑ 1 inch |

Pt now has swelling stiffness + pain of both hands. Ø X in Knees or hips. Ø Elbow jt. Ø Shoulder jt. involved. No feet involvement. Pt requests that he have his full liquid diet renewed. I explained to pt that he does not need any special diet and he needs to lose wt. because he is obese. Pt also requests thermals and this was renewed. Pt also requests egg crate mattress - informed that he does not qualify for egg crate mattress. Pt wants me to note that he needs ADL's from —

Cannot make grip bilat.
Ø Swelling of jts.

lab RA ⊕ 98 ( WNR < 14 )

#:
   Synovitis ? Rh. Arthritis v. Hep. C. related
   Chronic HCV
   Morbidly obese

P: √ X Rays.  RTC

INSTITUTION: CMF  HOUSING UNIT: E:  W/U.

Dewed Scalea

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

P-19908
Gatlin, Fredrick
6/13/54  M Blk

chart not available

## CHRONIC CARE VIS.

List chronic diseases: (1) _SZ_ ; (2) _HTN_ ; (3) _____

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)

☐ Pharmacy profile attached (or list current medications here)

WT 245    T 98.1    P 8    R 18    BP 100/73

**Complaints/Problems:**

CV/Hypertension: Chest Pain: Yes No    SOB: Yes No
Diabetes Mellitus: # of hypoglycemic reactions since last visit: _____
Seizure Disorder: # seizures since last visit: _none_
ALL DISEASES: other new symptoms: Yes  No. (if YES explain)

Asthma: # attacks since last visit:
# short acting beta agonist canisters in last month:
# visits to ETA for asthma since last visit:
# times awakening with asthma symptoms per week:

RN Signature

Additional History: 51yr A↑ male h/o of SZ —
visit: Having pain on hand, SZ — no SZ since last
unable to take motrin due to GI side effect. Have
x-ray pending

CCP compliance with medications ⊙yes no    diet: ⊙yes no    exercise ⊙yes no
If no, describe:

EXAM: HEENT/Neck: No redness in throat  Rectal:

Heart: RRR ⊖ murmur       Neurological:

Lungs: CTA ⊖ wheezing     Other (specify)

Abdomen: Obese ⊕ BS NT ⊖ mass

Extremities/Pulses:
Hand no swelling, redness, deformity

ASSESSMENT: Diagnoses
1.  SZ  none since last visit
2.  HTN  Good control
3.  RF positive Hep C (+)

Comments on BP & Glucose Monitoring, labs
BP 100/73

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2 | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

PLAN:
Medications: will do a trial of Salicylate 500mg BID x 2 days, f/u
3wks, continue SZ med, if pain continue Rheum consult

Diagnostics: ⊖

Labs: ⊖

Monitoring: ☒ BP:  X day / week / month   ☐ Glucose:  X day / week / month  ☐ Peak flow  ☐ Other:
Education provided: ☒ Nutrition ☒ Exercise ☒ Smoking ☒ Test Results ☒ Medication Management
☐ Other (specify):

Referral: ☐ Specialist (indicate type):   ☐ Other Chronic Care Program (specify):

# days to next visit: ☐ 90  ☐ 60  ☒ 30  ☐ Other:   ☐ Discharge from CCP (specify):

Provider Signature _____    Date 12/15/05

CDC NUMBER, NAME (LAST, FIRST, MI) INSTITUTION
Gathin Fredrick
P-19908

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC 7254 (8/93) REV
STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

CHRONIC CARE VISIT

| DATE | TIME | |
|------|------|---|
| 5-16-06 | 1305 | **Vital signs:** RR 20  P 71  T 97.  BP 99/66  O₂ Sat 2605 |

**Subjective:** (reason for visit, and/or patient's complaints)

Blood in stool, neck & back pain, chronos inix _[illegible]_ _[illegible]_ was uncontrolled about peeing b-n? _[illegible]_ _[illegible]_ was SOB but did not have. Not to pt to see if it helps SOB. Still having UTI Sx — wants to continue Doxycyclin

**Objective:** (include physical exam, results of diagnostic studies)  _[illegible]_

_[illegible handwritten clinical notes]_

Lab — Urine UA or Chlamydia — dip

**Assessment, diagnoses:**

HTN — _[illegible]_
Chronic Hep B / HCV _[illegible]_
Angina - Atypical — Pending Cardiology
Seizures
HIV

**Plan:**

_[illegible handwritten medication orders]_

**Education Provided:** _[illegible]_

**Clinician Signature:** _[signature]_

| INSTITUTION | | ROOM/WING | |

**OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES**

CDC 7254   (8/89)
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI)

P-19908
GATLIN, FREDRICK
06/13/54  M  BLK

STATE OF CALIFORNIA

# EMERGENCY CARE FLOW SHEET

DATE: 6-7-06

| M IN | E | TIME OUT |
|------|---|----------|
| 1000 | | 1045 |

PATIENT NAME (LAST, FIRST): GATLIN, Fredrick

CDC NUMBER: P 19908

HOUSING: T 141C

DOB: 6-13-54

TIME OF INCIDENT: APPROX 0830

LOCATION OF INCIDENT: LAW LIBRARY

MODE OF ARRIVAL: Gurny

STAFF NAME (LAST, FIRST):

OCCUPATION:

SEX:   AGE:   DOB:

TB CODE:

DATE OF LAST TETANUS:

## CHIEF COMPLAINT: CHEST PAIN

| MECHANISM OF INJURY | SKIN COLOR | SKIN TEMP | SKIN MOISTURE | CAPILLARY REFILL | GLASGOW COMA SCALE |
|---|---|---|---|---|---|

**MECHANISM OF INJURY:**
- [ ] STABBING
- [ ] PHYSICAL ALTERCATION
- [ ] GUNSHOT WOUND
- [ ] BURN
- [ ] SPORTS INJURY
- [ ] ON THE JOB INJURY
- [ ] OTHER NONE

**SKIN COLOR:**
- [x] NORMAL
- [ ] PALE
- [ ] ASHEN
- [ ] CYANOTIC
- [ ] FLUSHED

**SKIN TEMP:**
- [ ] HOT
- [x] WARM
- [ ] COOL
- [ ] COLD

**SKIN MOISTURE:**
- [x] NORMAL
- [ ] DRY
- [ ] MOIST
- [ ] PROFUSE

**CAPILLARY REFILL:**
- [x] < 2 SECONDS
- [ ] > 2 SECONDS
- [ ] NONE

**GLASGOW COMA SCALE:**

EYE OPENING RESPONSE:
- SPONTANEOUS (4) 4 4 4 4
- TO VOICE 3 3 3 3
- TO PAIN 2 2 2 2
- NONE 1 1 1 1

BEST VERBAL RESPONSE:
- ORIENTED (5) 5 5 5
- CONFUSED 4 4 4 4
- INAPPROPRIATE WORDS 3 3 3 3
- INCOMPREHENSIBLE SOUNDS 2 2 2 2
- NONE 1 1 1 1

BEST MOTOR RESPONSE:
- OBEYS COMMAND (6) 6 6 6
- LOCALIZES PN. 5 5 5 5
- WITHDRAWS PN 4 4 4 4
- FLEXION PN. 3 3 3 3
- EXTENSION PN. 2 2 2 2
- NONE 1 1 1 1

| LUNG SOUNDS | | RESP. CHARACTER | EVIDENCE OF TRAUMA |
|---|---|---|---|

**LUNG SOUNDS:**
|   | RT | LT |
|---|---|---|
| CLEAR | [x] | [x] |
| WHEEZES | [ ] | [ ] |
| RALES | [ ] | [ ] |
| RHONCHI | [ ] | [ ] |
| DIMINISHED | [ ] | [ ] |
| ABSENT | [ ] | [ ] |

**RESP. CHARACTER:**
- [ ] LABORED
- [x] UNLABORED
- [ ] PAINFUL
- [ ] SHALLOW
- [ ] DEEP
- [ ] RETRACTION
- [ ] NASAL FLARING

**EVIDENCE OF TRAUMA:**
- [ ] CHEST
- [ ] ABDOMEN
- [ ] G/U
- [ ] PELVIS
- [ ] BACK SPINE
- [ ] HEAD
- [ ] NECK
- [ ] EXTREMITIES
- [ ] OTHER NONE

| V I T A L | TIME | TEMP | PULSE | RESP | BP | SaO2 | CURRENT MEDICATION |
|---|---|---|---|---|---|---|---|
| | 1010 | 97.6 | 54 | 20 | 101/68 | 98 | TOOK 2 NITROS |
| | 1022 | — | 57 | 20 | 111/61 | 97 | Before coming to |
| | 1040 | — | 57 | 20 | 106/61 | 98 | ER |

TIME:

PUPIL RESPONSE:

PUPIL SIZE:

KEY C=CLOSED  B=BRISK  SL=SLUGGISH  F=FIXED

3  4  5  6  7  8

| I V | TIME | SOL | SITE | GAUGE | RATE | MEDICATION ALLERGIES |
|---|---|---|---|---|---|---|
| | | | | | | |

MEDICATION GIVEN IN ER: NTG 0.4 mg SL 1011

| O2 | A D M I T | TIME | ROUTE | RATE | SaO2 |
|---|---|---|---|---|---|
| | | | | | |

**ABBREVIATION CODE:**
- As - Abrasion
- Amp - Amputation
- Av - Avulsion
- B - Burn
- C - Contusion
- Comp.Frac - Compound Frac.
- EC - Ecchymosis
- ENT - Entrance Wound
- SI - Surgical Incision
- E - Edema
- F - Closed Susp Fracture
- H - Hematoma
- L - Laceration
- P - Petechiae
- R - Rash
- S - Scar
- Ex - Exit Wound

**S O A P N O T A T I O N S**

SUBJECTIVE: (PATIENT'S STATEMENTS, HISTORY) I'M HAVING CHEST PAIN

OBJECTIVE: (PHYSICAL EVALUATION) c/o SHARP PAIN (L) CHEST. TOOK TWO NITROS STILL HAVING CHEST PAIN

ASSESSMENT: (NURSING DIAGNOSIS) ALTERATION IN COMFORT R/T CHEST PAIN

PLAN: (PT EDUCATION, FOLLOWUP, MD ORDERS, ETC.) F/u c̄ PCP 1 WK

PRINT NAME: RN, HELFRICH, J.

SIGNATURE: [signature]   RN/MTA/MD

PATIENT DISPOSITION:
- [x] RETURN TO CUSTODY
- [ ] ADMIT TO INFIRMARY / HOSPITAL
- [ ] TRANSPORT TO COMM. HOSPITAL VIA
  - [ ] AMBULANCE
  - [ ] STATE VEHICLE
- [ ] RELEASED TO CORONER

SUPERVISOR REVIEW:

PATIENT CONDITION ON DISCHARGE:
- [x] STABLE
- [ ] UNSTABLE
- [ ] DECEASED   TIME 1045

CDC 7403 (04/03) EMERGENCY CARE FLOW SHEET

| DATE | TIME | NOTES |
|------|------|-------|
| 6/1/06 | 10:30 | C/C: ① Chest hurts off + on. I took 3 ntg with no relief but in ER c̄ 1st ntg pain relieved ⊘ anxiated N/V diaphoresis, SOB. |
|  |  | O/E  Obese ROM.  VSS.  ⊘ distress. Points to ⓛ nipple area.  C/P mildly reproducible lungs clear, a/c RRR S₁ S₂ Extr ⊘ C/C/E |
|  |  | Ⓐ Pt c̄ atypical c/o. Has been referred to Cardiology by PCP. ↑ EKG. ⊘ ac ST-T Δ's. Sinus Bradycardia. |
|  |  | Ⓟ Cont. current meds. F/u c̄ Cardiology. |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

GATLIN, Fredrick   I 1411

P19908

DOB 6-13-54

# EMERGENCY CARE FLOW SHEET

| | | |
|---|---|---|
| DATE: 06-28-06 | | |
| TIME IN: 0747 | TIME OUT: 1100 | |

PATIENT NAME (LAST, FIRST): *Catlin, Frederick*
CDC NUMBER: *P19908*
HOUSING: *I-141*
DOB: *06-13-54*

TIME OF INCIDENT:
LOCATION OF INCIDENT:
MODE OF ARRIVAL: *Gurney*

STAFF NAME (LAST, FIRST):
OCCUPATION:
SEX: *M*   AGE: *52*   DOB:

DATE OF LAST TETANUS:

**CHIEF COMPLAINT:** *Chest pain last Noc 530*   TB CODE:

| MECHANISM OF INJURY | SKIN COLOR | SKIN TEMP | SKIN MOISTURE | CAPILLARY REFILL | GLASGOW COMA SCALE |
|---|---|---|---|---|---|
| ☐ STABBING | ☒ NORMAL | ☐ HOT | ☐ NORMAL | ☐ < 2 SECONDS | EYE OPENING RESPONSE: SPONTANEOUS / TO VOICE / TO PAIN / NONE |
| ☐ PHYSICAL ALTERCATION | ☐ PALE | ☒ WARM | ☒ DRY | ☐ > 2 SECONDS | |
| ☐ GUNSHOT WOUND | ☐ ASHEN | ☐ COOL | ☐ MOIST | ☐ NONE | |
| ☐ BURN | ☐ CYANOTIC | ☐ COLD | ☐ PROFUSE | | BEST VERBAL RESPONSE: ORIENTED / CONFUSED / INAPPROPRIATE WORDS |
| ☐ SPORTS INJURY | ☐ FLUSHED | | | | |
| ☐ ON THE JOB INJURY | | | | | INCOMPREHENSIBLE SOUNDS / NONE |
| ☒ OTHER *NA* | | | | | |

| LUNG SOUNDS | RESP. CHARACTER | EVIDENCE OF TRAUMA | |
|---|---|---|---|
| RT / LT | ☐ LABORED | ☐ CHEST | ☐ HEAD |
| ☐ CLEAR ☐ | ☒ UNLABORED | ☐ ABDOMEN | ☐ NECK |
| ☐ WHEEZES ☐ | ☐ PAINFUL | ☐ G/U | ☐ EXTREMITIES |
| ☐ RALES ☐ | ☐ SHALLOW | ☐ PELVIS | ☐ OTHER *NA* |
| ☐ RHONCHI ☐ | ☐ DEEP | ☐ BACK SPINE | |
| ☐ DIMINISHED ☐ | ☐ RETRACTION | | |
| ☐ ABSENT ☐ | ☐ NASAL FLARING | | |

BEST MOTOR RESPONSE: OBEYS COMMAND / LOCALIZES PN. / WITHDRAWS PN / FLEXION PN. / EXTENSION PN. / NONE

| | TIME | TEMP. | PULSE | RESP | BP | SaO2 | CURRENT MEDICATION |
|---|---|---|---|---|---|---|---|
| VITA | 0749 | 94.5 | 73 | 24 | 134/74 | 93% | (see profile) |

KEY C=CLOSED  B=BRISK  SL=SLUGGISH  F=FIXED

| | TIME | SOL | SITE | GAUGE | RATE | MEDICATION ALLERGIES |
|---|---|---|---|---|---|---|
| IV | | | | | | |
| | | | | | | MEDICATION GIVEN IN ER |

| | | TIME | ROUTE | RATE | SaO2 |
|---|---|---|---|---|---|
| O2 ADM | A | 0800 | NC | 4.0/min | 98 |

**ABBREVIATION CODE**

| | | | |
|---|---|---|---|
| As | Abrasion | E | Edema |
| Amp | Amputation | F | Closed Susp. Fracture |
| Av | Avulsion | H | Hematoma |
| B | Burn | L | Laceration |
| N | Present | P | Petechiae |
| CF | Compound Frac. | R | Rash |
| EC | Ecchymosis | S | Scar |
| ENT | Entrance Wound | Ex | Exit Wound |
| SI | Surgical Incision | | |

**SOAP NOTATIONS**

SUBJECTIVE: (PATIENT'S STATEMENTS, HISTORY) *Chest pain since last night*

OBJECTIVE: (PHYSICAL EVALUATION) *Alert, Oriented x 3.*

ASSESSMENT: (NURSING DIAGNOSIS) *Chest pain*

PLAN: (PT EDUCATION, FOLLOWUP, MD ORDERS, ETC.) *Refer to MD*

| PRINT NAME: | SIGNATURE | PATIENT DISPOSITION |
|---|---|---|
| *Schackweiler* RN/MT/AMD | *A Schackweiler RN* | ☐ RETURN TO CUSTODY |
| | RN/MT/AMD | ☐ ADMIT TO INFIRMARY / HOSPITAL |
| | RN/MT/AMD | ☐ TRANSPORT TO COMM. HOSPITAL VIA: ☐ AMBULANCE ☐ STATE VEHICLE |
| SUPERVISOR REVIEW | | ☐ RELEASED TO CORONER |

PATIENT CONDITION ON DISCHARGE: ☒ STABLE  ☐ UNSTABLE  ☐ DECEASED  TIME_____

CDC 7403 (04/03) EMERGENCY CARE FLOW SHEET

| DATE | TIME | |
|------|------|---|
| 6/29/06 | *illegible* | **Vital signs:** RR 20  P 76  T 98.7  BP 165/74  96/60 |

**Subjective:** (reason for visit, and/or patient's complaints)

F/u 52 y/o *illegible* heart problem — *illegible*
52 y/o B/m c̄ multiple medical problems, including.
Seizure Dx, LBP, ? glaucoma, Hepatitis C, HTD, etc.
Recently seen in ER for epistaxis or bloody urine. BB
was discontinued.

**Objective:** (include physical exam, results of diagnostic studies)

Gen'l (Obese. A/O x3. In NAD). Hernies V17 c̄ c.
Cooperative). *illegible*. V/L WNL. NAD)
LUNGS: CTA
CV: RRR. ∅ murmurs ∅ rub.
↑ Extremities: ∅ swelling ∅ clubbing.
↓ Extremities: ROM - intact. ∅ edema.

**Assessment, diagnoses:**

(1) S/P Dysrhythmia
(2) Xerosis

**Plan:**

(1) discontinue BB
(2) Body lotion   Reply to office prn *illegible*
   As needed.
(3) ISS 250mg ↑ P.O. BID   (5) multivite 5mg QHS
(4) F/u in 1 month
**Education Provided:**
(1) Weight ↑ H₂O
(2) Cut down on Na⁺
(3) Consider long Wt.

**Clinician Signature:** J. Crampen, FNP

SSITUTION:  CMF

ROOM/WING:

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

7251  (8/89)
TE OF CALIFORNIA       DEPARTMENT OF CORRECTIONS

CDC NUMBER, NAME (LAST, FIRST, MI)

CATLIN, FREDRICK

06/13/54  M  BLK

| DATE | TIME | |
|------|------|---|

## CMF UROLOGY CLINIC – Dr. Athanassious

7/20/07

f/u

July both

Noct ↓

frequency ↓

Contin Sm Stn

*NABIL F. ATHANASSIOUS*
*M.D. FRCS, FICS*
*CHIEF OF SURGERY*

G I Clinic (CMF)

7/26/07   referred for anemia

hx o upp c

⊕ VL       NH₃ r

relates hy/o intermittent melena

stool OB ⊝ × 3   s/o y

Abd soft, nontender

A – ? UGI source of anemia (bleeding)

HCV ~ ? g/4t

P – EGD

HCV genotyping

may need c/s/

Gatlin, Fredrick
P19908
6/13/54

## PHYSICIAN'S PROGRESS NOTES

| TION        ARRIVAL TIME | DATE 11-18-04 | SEX___ RAC___ HEIGHT___ WEIGHT___ |
|---|---|---|
| [ ] Ambulatroy [ ] Wheel C___ 19 20 | | CHIEF COMPLAINT Coughing up |
| [ ] Gurney  [ ] Ambulance | | blood after noon other day |
| RIAN: [ ] Patient  [ ] Other___ | | ALLERGIES 0 |
| _: [ ] A & O X3  [ ] Compromised | | MEDS 0 |
| SGOW COMA SCALE (3-15)___ | | |
| VIP___ Last Tet.___ | | CHRONIC ILLNESS |

| TIME | B/P | PULSE | RESP. | TEMP. | Pa02 |
|---|---|---|---|---|---|
| 1975 | 148/80 | 65 | 18 | 983 | 86? |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*4o Coughing up blood*
*Starting to day 4 hs after noon*
*Give Antibiotics 4 pt 2025*

[ ] See attached CDC 7254

RN/MTA Sign: al Jay RN   Date 11-18-04

**PHYSICIAN'S EXAMINATION AND HISTORY**

*See PPN*

[ ] See attached CDC 7254

**PHYSICIAN'S STAT ORDERS (Check Mark)**

| | |
|---|---|
| /S Q__Min. [ ] BS Finger | [ ] Foley Cath |
| [ ] 02 NC/Mask [ ] CBC | [ ] U/A |
| ___L/Min. [ ] Drug Screen | [ ] X-Ray___ |
| [ ] Pa02 Sat [ ] IV Sol___ | [ ] ABG's/Lytes |
| [ ] ECG Monitor___ | [ ] HHN Proventil |
| [ ] 12 Lead ECG Rate___ | 0.5cc/NS 2.5cc |
| [ ] Peak Flow | |

ORDERS NOTED BY:___

A = Abras
B = Bu
E = Err
FB = For
H = Hemat
L = Lacera
P = Pair
PW = Pun
R = Red
S = Swell
+ = Pr
- =
= =
O = ROA

**ADDITIONAL PHYSICIAN'S ORDERS**

[ ] See attached CDC 7?

DISCHARGE DX:___
FOLLOW-UP/REFERRAL:___ PCP
CONDITION OF PATIENT ON DISCHARGE:___

**DISPOSITON OF PATIENT:**

| | |
|---|---|
| [X] Discharged to House: 28 8 | [ ] Expired: Notification Given to: |
| [ ] Transferred to:___ | [ ] Custody [ ] Relatives |
| [ ] Admitted to:___ | [ ] Coroner [ ] Hosp. Admin. |
| [ ] Discharge Instructions Given? ___ | Time of Death:___ |
| Time of Discharge:___ | |

PHYSICIAN'S SIGNATURE:___   DATE: 11/18/04

Name, CDC Number, Housing, DOB

*Gatlin*
*P 19 908*
*6-13-54*

EMERGENCY SERVICES ADMISSION CDC 7286 (11/95)
DEPARTMENT OF CORRECTIONS, STATE OF CALIFORNIA
Distribution: Orig - Patients Health Record,
Yellow - Emergency Room, Pink - Pharmacy

| DATE | TIME | |
|------|------|---|
| 0/26/05 | | S: F/u appt |

O: Wt 245  T98.0  P. 81  R - 21  Bp 130/76
                            pulse

Pt here for follow up of anemia leukopenia
2° Interferon. Pt received Epogen but
no lab done. On multiple meds – see profile.
Pt sent to lab now. Will RTC 1-2d. Promethizine
& liquid diet reordered.            Darold A Celms

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| CMF | | | Gatlin, Fredrick |
| | | | P19908 |

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)                DEPARTMENT OF CORRECTIONS
STATE OF CALIFORNIA



| DATE | TIME | |
|------|------|---|
| 3/4/05 | 105 | S. Don't Know Why I'm here |
| | | B 99/05 P76 P18 T 978 WT 240 |
| | | Alleyo |
| | 1320 | PT. VERY WEAK AND SOB. |
| | | POSSIBLY ANEMIC + DEHYDRATED |
| | | WILL SEND TO BI + OBTAIN STAT CAB |
| | | Donald Alleer |
| | | EVALUATED IN BI - NO ORTHOSTATIC BP△S |
| | | O2 SAT 100% |
| | | CHEST CLEAR TO A+P |
| | | COR RRR (W) HS 3 CM GALLOP |
| | | LAB |
| | | HGB 9.9  WBC 2.5K |
| | | CXR - @ ACUTE |
| | | ASSESSMENT |
| | | CHRONIC LIVER DISEASE - ON INTERFERON/RIBAVARIN |
| | | ANEMIA / LEUCOPENIA  PROBABLY 2° ABOVE Rx |
| | | PLAN |
| | | HOLD Rx. REPEAT CBC ÷ WK. |
| | | MAY NEED NEUPOGEN / EPOGEN -WILL CONTACT |
| | | HEMATOLOGY |
| | | 128-W/C PER REQUEST |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|------------------------------------|
| CMF | CALVO | I 141L | |

EOU - RE: ABOVE PLAN
. AND MONITORING.
Donald Alleor

GATLIN, Fredrick
P 19908
6 | 13 | 54.

**PHYSICIAN'S PROGRESS NOTES**

## CHRONIC CARE VISIT

List chronic diseases: (1) _Hep C_ ; (2) _____ ; (3) _____

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)
☑ Pharmacy profile attached (or list current medications here)   T 97.2  P 83  R 70  B/P 103/72

todays Wt 238 _____ RN Signature

| Complaints/Problems: | Asthma: # attacks since last visit: |
|---|---|
| CV / Hypertension: Chest Pain: Yes No   SOB: Yes No | # short acting beta agonist canisters in last month: |
| Diabetes Mellitus: # of hypoglycemic reactions since last visit: ____ | # visits to ETA for asthma since last visit: |
| Seizure Disorder: # seizures since last visit: | # times awakening with asthma symptoms per week: |

ALL DISEASES: other new symptoms: Yes No  (if YES explain)

Additional History: _pt with Hep C Hep C Ab⊕, VL⊕, genotype 1a,_
_liver Bx results - grade 2, stage 2-3 d/s-_
_was on pegasys and ribavirin from 6/7/05 - 8/29/05._
_Rx discontinued because pt can't tolerate Rx and_
_has severe anaemia & decompensation_

CCP compliance with medications: yes no   diet: yes no   exercise: yes no → pt feel

If no, describe:

**EXAM:** HEENT/Neck: _pt feels ok p̄ Rx D/C_   Rectal:

Heart: _and started on epogen_   Neurological:

Lungs: _Hgb improved from 9_   Other (specify): _WBC/ANC 4.7/1.6_
_to 13.1 (9/26/05)_

Abdomen:

Extremities/Pulses:

| Comments on BP & Glucose Monitoring, labs |
|---|
| 9/26/05 |
| H/H - 13.1/39.7  plt 359 |

| ASSESSMENT: Diagnoses | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1 Hep C → off Rx because pt | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 couldn't tolerate Rx. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 → doesn't want to restart Rx | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

PLAN:
Medications: _alone c̄ pegasys._
_→ will schedule pt to clinic in ≈ 6 mo._

Diagnostics: _to see about new development in Rx_

Labs: _- pt advised about dose reduction_

Monitoring: ☐ BP: ___ X day / week / month  ☐ Glucose: ___ X day / week / month  ☐ Peak flow  ☐ Other:

Education provided: ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test Results ☐ Medication Management
☐ Other (specify): _RTC in 1 week f results CBC_

Referral: ☐ Specialist (indicate type): ___   ☐ Other Chronic Care Program (specify):

# days to next visit: ☐ 90  ☐ 60  ☐ 30  ☑ Other: _6 mons_  ☐ Discharge from CCP (specify):

Provider Signature _Harsh_   Date _9/30/05_

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC 7353 (4/93) REV 01/02
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

CHRONIC CARE VISIT

| CDC NUMBER, NAME (LAST, FIRST, MIL INSTITUTION | I 141 |
|---|---|
| Gatlin, Frederic | |
| P19908 | |
| 6/13/54 | C MF |

# CHRONIC CARE VISIT

List chronic diseases: (1) _Chronic Hep C._ ; (2) _HTN_ ; (3) _____

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)
☒ Pharmacy profile attached (or list current medications here)  T- 97.7  P- 59  R- 20  Bp- 114/70

_today; wt 256_
_m.d.c.  RN Signature_

---

**Complaints/Problems:**
CV / Hypertension: Chest Pain: Yes No    SOB: Yes No
Diabetes Mellitus: # of hypoglycemic reactions since last visit: _____
Seizure Disorder: # seizures since last visit: _____
ALL DISEASES: other new symptoms: Yes No  (if YES explain) _____

**Asthma:** # attacks since last visit: _____
# short acting beta agonist canisters in last month: _____
# visits to ETA for asthma since last visit: _____
# times awakening with asthma symptoms per week: _____

**Additional History:** → pt here for Hep. Pt with Hx of chronic hep c infection
genotype 1a, viral by PCR, 52-3 d/c - pt was started on peg-Riba
on 07/05 - continued till 8/05. Pt developed anemia states, dn epogen
labs improved on Rx. Pt later came with complaint to PCP myself
complaint he absolutely cannot take this meds because of the S/E's

CCP compliance with medications: yes no    diet: yes no    exercise: yes no ∧ his inability to cope well
If no, describe:                                                                    it.

**EXAM: HEENT/Neck:** Pink wy
**Rectal:** he said has lost weight ↑
**Heart:** RRR
**Neurological:** has poor appetite, unable to eat / weakness / fatigue /
**Lungs:** Clear
**Other (specify):** perceived debility, as a result Rx was d/c.
**Abdomen:** benign
**Extremities/Pulses:**
pt told Comments on BP & Glucose Monitoring, labs:
∧ complains of intermitte BRBR
∧ tiredness
said would like to pursue Rx again

**ASSESSMENT: Diagnoses** → d/w pt about how he
1. is going to take the retarded travel in
   the same Rx c peg-Riban
2. ∧ S/E's are the same - would likely
3. experience it again. will defe

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**PLAN:**
**Medications:** Rx at this time - d/w pt about risk reds flu c PCP. ALT q 3-6 mth.
∧ cldus & pfx?

**Diagnostics:** → pt given Rx of intermitte BRBPR - ✓ CBC
1 BP- 114/70 - sitting  ✓ stool occult x 3
PR - 51 -  ✓ GI refer f csp
pt w/c bound- unassisted  sign

**Labs:** CBC, occult bld x 3

**Monitoring:** ☐ BP:    X day / week / month    ☐ Glucose:    X day / week / month    ☐ Peak flow    ☐ Other:

**Education provided:**    ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test Results ☐ Medication Management
☐ Other (specify):                                                                flu → PCP in 1 wk

**Referral:** ☒ Specialist (indicate type): GI    ☐ Other Chronic Care Program (specify): flu above.

# days to next visit: ☐ 90   ☐ 60   ☐ 30   ☒ Other: 6 mth  ☐ Discharge from CCP (specify):

**Provider Signature** _Harle_                                    **Date** _3/23/06._

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC 7254 (1/99) REV 01/02
STATE OF CALIFORNIA                      DEPARTMENT OF CORRECTIONS

CHRONIC CARE VISIT

CDC NUMBER, NAME (LAST, FIRST, MI), INSTITUTION
P - 14908
CATLIN, FREDRICK
06/13/54 M BLK

STATE OF CALIFORNIA

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**

DEPARTMENT OF CORRECTIONS

(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME GATLIN, Frederick | CDC NUMBER P19908 | INSTITUTION CCHF |
|---|---|---|

| DATE OF BIRTH 6/13/54 | EPRD DATE | | GENDER M |
|---|---|---|---|

| PRINCIPLE DIAGNOSIS LGI Bleeding | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) GI | | # OF DAYS RECOMMENDED |
|---|---|---|

*Please circle all that apply:* Diagnostic Procedure/**Consultation**       **Outpatient**/Inpatient       Initial/Follow-up

Requested Treatment/Service is:    EMERGENT    URGENT    **ROUTINE**

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: ___GI___    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* _____
___LGI Bleeding___
_____
_____

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME CALU | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | | DATE |
|---|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE Daniel A LiC | DATE 9/1/16 | Utilization management tracking #: | |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: _____
_____
_____
_____

RECOMMENDATIONS: _____
_____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | Gatlin Fredrick |
| PCP SIGNATURE | DATE | P-19908 6/13/54 |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

**PHYSICIAN REQUEST FOR SERVICES (RFS)**       CDC 7243 (Rev. 11/02)

State of California, Department of Corrections — Institution: _____    Prior Page Number : __ __

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.**

Date/Time: Problem & #.  [✓].  Signature, Title & Print (or stamp).    Store & File Reverse Chronological Order.

10/29
1245

45 yo ♂ Strik 27-Life —
Depressed, "Overwhelmed
unable to sleep.
Seeing scary faces, seen the
Devil in County Jail.
History 5150's, psych eval at CMF.
Pt stole car, to get back to Davis
Med Center for Kidney failure due
to prednisone overdose → kidney failure.
Before that in jail press for robbery
Banks in fresno to give Mother
Present — History of Bro-hung himself 36
car theft occurred in S Jose saw keys in
Trunk "God said car was for me to
get back to Sacr.
Obs — affect flat — akinesia
Thoughts unclear scattered, blocking
& not very coop friendly
Imp    agitated depress, Schizophrenia
plan    meds
        needs EOP eval.    _____ md
                                            Page # ____ ____

| MENTAL HEALTH<br>INTERDISCIPLINARY PROGRESS NOTES<br><br>CDC Form MH 3  [11/9/95]<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | LEVEL OF<br>CARE<br><br><br>Inpatient<br><br>Outpatient | Last Name:                First Name:              MI:<br><br>Gatlin<br><br><br>CDC #  P19908        DOB  _/_/_ |

SWORN DECLARATION OF DWIGHT MARTIN

1.  <u>SWORN DECLARATION OF DWIGHT MARTIN, #J-16019</u>

2.       I, the undersigned, under the penalty of perjury and the laws of the State

3.  of California hereby declare and state as follows;

4.       1.   I am the declarant; not a party, in the above-entitled cause and a
        citizen of the United States over the age of eighteen years.

5.

6.       2.   I am a California State prisoner restrained of his liberty at the
        California Medical Facility at Vacaville, California.

7.       3.   Shortly after arriving to this institution, on October 26, 2007, I
        met the petitioner, Frederick Gatlin, and was later informed that he

8.      needed assistance in preparing legal documents for this habeas corpus
        proceeding.

9.
        4.   I read the pleadings, prepared by another inmate assistant, previously

10.     filed by this court and the respondent's motion to dismiss. Realizing that
        Mr. Gatlin suffered from a mental defect, for which he had been medicated,

11.     as well as numerous medical problems, I guided him step-by-step in obtain-
        ing his medical and mental health records.

12.
        5.   In the process of waiting to obtain the aforementioned files, I pre-

13.     pared a motion for extension of time, for Mr. Gatlin, which was subsequently
        filed and granted by this court.

14.
        6.   As Mr. Gatlin could not find anyone to assist him in this matter, and

15.     he is no longer in direct contact with the inmate that previously assisted
        him, I am the person that prepared the Opposition to the Respondent's Motion

16.     the Petition for Writ of Habeas Corpus for Untimeliness so that he would not
        miss this court's current deadline in which to file said opposition.

17.                                        VERIFICATION

18.      I, the undersigned, swear under the penalty of perjury that the foregoing is

19.  true and correct to the best of my own personal knowledge.

20.  Executed on this _____ day of <u>December</u> 2007 at <u>Vacaville_____</u>, California.
                      I, the undersigned, swear under the penalty of perjury that
21.                   the foregoing is true and correct.

22.

23.                                               Respectfully Submitted,

24.

25.

26.                      /S/_____
                            Dwight Martin, #J-16019/Declarant

27.

28.

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3   FREDERICK GATLIN

4     PETITIONER,                    )    CASE No.
                                     )
5       Vs.                          )    PROOF OF SERVICE
                                     )
6   JAMES TILTON,                    )
                                     )
7   RESPONDENT.                      )
                                     )
8   _____)

9       I, the undersigned, hereby certify that I am over the

10  age of eighteen years and am ~~not~~ a party to the above

11  entitled action.

12      On _DECEMBER 26____, _2007_, I served a copy of

13  _____

14  by placing said copy in a postage paid envelope addressed

15  to the person(s) hereinafter listed, by depositing said

16  envelope in the United States Mail:

17  (List all person(s) served in this action.)

18

19  OFFICE OF ATTORNEY GENERAL

20  455 GOLDEN GATE AVE.
    SAN FRANCISCO CA. 94102-7004
21

22

23

24

25      I declare, under the penalty of perjury, that the

26  foregoing is true and correct.

27  DATED: _DECEMBER 26, 2007_          _____
                                        Declarant's signature
28  _Frederick Gatlin_
    Declarant's printed name

USDC-PROOF-3