DERICK GATLY # P-19908
F/D-108L
BOX 2500
VACVILLE, CA. 95696

U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST. # 400-S
OAKLAND, CA. 94612-5212



CA MEDICAL FACILITY

FIRST CLASS

$05.05