IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

        Petitioner,

   v.

JAMES TILTON,

        Respondent.
_____/

No. C 07-03696 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Frederick Gatlin take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

    Dated at Oakland, California, this 16th day of July, 2008.

                                RICHARD W. WIEKING
                                Clerk of Court

                        By: _____
                                SHEILAH CAHILL
                                Deputy Clerk

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FREDERICK GATLIN,

        Plaintiff,

v.

JAMES TILTON et al,

        Defendant.

Case Number: CV07-03696 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frederick Gatlin P-19908
California Medical Facility
P-141-L
P.O. Box 2000
Vacaville, CA 95696-2000

Juliet B. Haley
California Attorney Generals Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: July 16, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk