Frederick Gatlin, #P-19908
California Medical Facility
P-108
P.O. Box 2500
Vacaville, Ca. 95696

Pro Se Petitioner

**FILED**

AUG 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court

Northern District of California

| | |
|---|---|
| Frederick Gatlin,<br>    Petitioner,<br><br>v.<br><br>James Tilton, et. al.,<br>    Respondent. | Case No. C-07-3696-CW-(PR)<br><br>PETITIONER'S NOTICE OF APPEAL |

Petitioner, Frederick Gatlin, hereby appeals the judgment of this court, rendered on July 16, 2008, dismissing his petition for writ of habeas corpus.

Dated: __8-12__, 2008

Respectfully Submitted,

/S/ _Frederick Gatlin_
Frederick Gatlin/In Pro Se