FREDRICK GATLIN #P-19408
CMF / P-108
P.O. Box 2500
Vacaville, CA. 95696

(LEGAL MAIL)

UNITED STATES DISTRICT COURT CLERK
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102-3483

RECEIVED
AUG 25 2008
CW

C/O STEWART 16AUG08