EXHIBIT . . . . . . C

State of California, Department of Corrections -- Institution: _____    Prior Page Number : ____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

Date/Time: Problem & #. [✓]. Signature, Title & Print (or stamp).    Store & File Reverse Chronological Order.

11-5-99        *Psychtry*

Pt states he's been down for awhile
States it is physically affecting him.
States he hasn't been able to sleep
C/o hyper energy - like he's on something
↑ adrenalin

Pt thinks of killing himself every day
but his religion states it's a sin. Pt c/o

- LOC    depression over his past + present. He just
hx Etoh abuse    received a 26 year term for auto theft while
true delusions    hallucinating on medication He was running
6 rs Methamphetamine    around the street 36 days - had seizures
He thought the world was going to end. Ran around
the block naked to purify hisself. Saw demons
+ angels. Long hx; thx VH. C/o seeing faces
C 2 are demons, one human boy.

- paranoia      in neck face
MSE speech normal rate + rythym?
Mood dysphoric affect sad
TC Suicidal - HI
TI denies
Comp Psychotic d/o NOS depression
Plan Education trazodone + Risperdal
Risperdal 4 mg po NOW
Risperdal 4 mg po BID
artane 2 mg po BID
trazodone 150 mg po qhs
To see CM on 11/8/99
Pt agrees to come to infirmary 3 x 9 [signature]
(Doling)

Page #

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name:    Gatlin | First Name: |
|---|---|---|---|
| CDC Form MH 3 [11/9/95] | Inpatient | P 19908 | |
| Confidential Client/Patient Information See W & I Code, Section 5328 | Outpatient | CDC # __:__ __ __ __ __ __    DOB __/__/__ | |

State of California, Department of Corrections — Institution: _Solano_    Prior Page Number : ___ ___

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.**

Date/Time:  Problem & #.  [✓].  Signature, Title & Print (or stamp).        Store & File Reverse Chronological Order.

11/15/99 :

F/4 — meds just renewed — ( does need neurology F/4 — MRI is in chart — )

On perphenazine / Artane / Trazodone ( will extend )

S: AH — demons — for many years — he has a lengthy 4 hx — religious — stays in room (not friends)

O: Affect — flat, abrupt, — AH ( demons not congruent c voices —

A: Schizoaffective disorder ( He has been variously diagnosed c psychosis NOS, Intermittent Explosive Personality disorder — etc )

P: Continue perphenazine / Artane / Trazodone ( warned of priapism — which is not a problem )

J M Dusay.

**John Dusay, MD**

---

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES<br><br>CDC Form MH 3  [11/9/95]<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | LEVEL OF CARE<br><br><br>Inpatient<br><br>Outpatient | Last Name:        First Name:        MI:<br><br>Gratin , F.<br><br><br>CDC # P. 19908   DOB __/__/__ |

| DATE | TIME | | |
|------|------|---|---|
| 2/20/02 | 1450 | | S - I am disturbed - getting to so many changes. Hear voices & see things. Want to go to a hall to purify my mind. My "temple" is not clean. |
| | | | O - patient is ruminating in above Ideas. unable to explain reason. Denies being a risk to self. Hears voices & gets delusional |
| | | | A - Seems to be in emergency in current thoughts & July |
| | | | P - ↑ Zyprexa |
| | | | M Pacifico M.D |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 2/20/02 | |

**INSTITUTION**
CALIFORNIA MEDICAL FACILITY / MAIN

**ROOM/WING**
N - 3

PROGRESS NOTES
OUTPATIENT PSYCHIATRY
**OUTPATIENT INTERDISCIPLINARY**
**PROGRESS NOTES**

**CDC NUMBER. NAME (LAST, FIRST, MI)**
Gatlin, Frederick
P- 19908

CDC 7254 (8/89)

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| date | time | Referral |
|------|------|----------|
| 2/26/02 | | S - The devil is going to kill me. I have to purify my self - fasting, prayer, read the koran 24°, I am very concern that I might kill my cellie. |
| | | O - Voice is normal in volume & delusional as above. Most concern if he might hurt his cellie. Thinks that satan may act thru him or in him. Argumentative & rambling talking about his past behind one & one again. |
| | | A - Psychotic? meds emphasis? |
| T. S.: Delusion Hallucinati Depression | | P. D/c Respidal? & ↑ both Respidal & Olanzapine. |
| | | Jn purified, M.D. |
| | | 2/26/02 |

institution
CALIFORNIA MEDICAL FACILITY /MAIN

room/wing

**PROGRESS NOTES**
OUTPATIENT PSYCHIATRY
OUTPATIENT INTERDISCIPLINARY
**PROGRESS NOTES**

CDC 7254 (8/89)

state of California      department of corrections

cdc number. name (last, first, mi)
GATLIN, FREDERICK
P-19908

| DATE | TIME | PROBLEM | |
|------|------|---------|---|
| 1/13/02 | 1030 | | S - History of and. had since a |
| | | | 4 my ago. Hx of suicide attempt, |
| | | | Marine & discharge for stolen T.V |
| | | | Significant Poly substance. |
| | | | I'm okay. |
| | | | O - Clean grooming & clothes. |
| | | | Any change - few Visions & dreams |
| | | | of late. It doesn't bother me |
| | | | because I know everything & this |
| | | | will of God. no Voices, just |
| | | | Shadows. Religious preoccupations. |
| T. Symptoms: | | | no implants. Good compelling & |
| Hallucination | | | + positive outlook. |
| Delusions | | | A - schizoaffective Dis |
| Depression | | | P - will continue to monitor. |
| | | | in pacifica & |
| | | | S - E - mood - O |
| | | | 1/13/02 |

| INSTITUTION | ROOM/WING |
|-------------|-----------|
| CALIFORNIA MEDICAL FACILITY/MAIN | |

PROGRESS NOTES
OUTPATIENT PSYCHIATRY
**OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES**

CDC NUMBER. NAME (LAST,FIRST.MI)

Gatlin, Frederick
P-19938

C 7254 (8/89)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

## OUTPATIENT INTERDISCIPLINARY PROGRESS NOTES
### (CONTINUED FROM REVERSE)

| DATE | TIME | PROBLEM | |
|------|------|---------|---|
| | | | Thinking process is linear. Hears voices of angels & demons off & on. Believes that God protects him. Devil + him make him do bad things & always fight ē the good me. Denies being depressed since 1½ years ago. 1 suicide attempt before very long time. Sometimes thinks he is Jesus. |
| | | | Diag. |
| | | | 1. Psychotic Disorder NOS |
| | | | r/o Bipolar 1 Disorder, mixed |
| | | | 11. Antisocial Per Dis |
| | | | 111. Refer to ret— |
| | | | 1V. Incarceration |
| | | | V. 50 |
| | | | Plan: Reme cont |
| | | | pro pacified zw |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | GATEN FREDERICK |
| | | | D-19900 |



| Medication | Directions | Expires | Physician | Status | Target Sx |
|---|---|---|---|---|---|
| Perphenazine 4mg  1 Bid | | 9/20/01 | Kaw, Cristeta | | |
| Phenytoin 100mg  2 Caps (200mg) Q Hs | | 8/6/01 | Liou, Alex | | |
| Paroxetine 20mg  1 Tab Qam | | 9/20/01 | Kaw, Cristeta | | |
| Trazodone 50mg  3 Qhs | | 9/20/01 | Kaw, Cristeta | | |
| Benztropine 2mg  1 Tab Bid | | 9/20/01 | Kaw, Cristeta | | |
| Acetaminophen 325mg  2 Qd Prn Neck Pain | | 10/9/01 | Huculao | | |

|  | AIMS | date |
|---|---|---|
| | 0 | 4/25/01 |

**Axis I**
Psychotic Disorder NOS (Rule Out Schizoaffective Disorder)
Polysubstance Dependence

**Axis II**
Diagnosis Deferred on Axis II

**Allergies**
None Known

**Keyhea Expires**

**Axis III**
Hepatitis, seizures, chronic pain

**Side Effects**
There is NO evidence of any side effects.

**Laboratory Studies**

| lithium | date | tegretol | date | valproate | date | tsh | date | cbc | date | SMA-20 | date | Liver Pan | date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

**Reason Seen:** Routine

**Subjective**
"Terrible - I'm still hearing voices or seeing demons & angels. The medication is not working."

**Objective** patient reports hearing voices & seeing things since age 8. voices is of deadmom, demons, etc & sees angels & demons - experience issue of religious - nature. Thinks that Satan is trying to kill him - All meds not worked for him. Currently x perphirazine. Accepts Haldol!

**Assessment**
A - very psychotic

**Plan**
Start Haldol

date   7/18/01

Pacifico
psychiatrist

---

**INTERDISCIPLINARY PROGRESS NOTES**

**MH 3**

**Confidential Patient/Client Information**

**Department of Corrections          State of California**

**LEVEL OF CARE**

EOP

| | Last Name | First Name |
|---|---|---|
| | Gatlin | Fredrick |
| House | Institution | Age |
| N-333L | CMF | 47 |
| CDC#  P19908 | DOB  06/13/54 | |

**CASE MANAGER PROGRESS NOTE**

| Number | **P19908** | Last | **Gatlin** | First | **Fredrick** | House | **N-333L** | Date | **7/6/01** | **CMF** |

<u>Axis I</u>
Psychotic Disorder NOS (Rule Out Schizoaffective Disorder)
Polysubstance Dependence

<u>Axis II</u>
Diagnosis Defered on Axis II

**Keyhea Expires**

**Level of Care**
EOP

<u>Current **Problem** List</u>
Delusions
Hallucinations

<u>Current **Status**</u>
About the same
About the same

**Risk Assessment**
**Suicide** Low
**Aggressive** Low
**Self Injury** Low
**Unpredictable** Low

<u>**Subjective**</u>
IM continues to focus almost exclusively on religious theme in 1:1s. Plans to fast + stop taking meds, stop communicating over next few days w/in a week for "shut + duration"

<u>**Objective**</u>
Attends 1:1 + groups. Is med compliant.

<u>**Assessment**</u>
Delusions continue. A/H + V/H continue

<u>**Plan**</u>
Continue present program.

Case Manager **Gregg** _P. Gregg, Ph.D._

| CASE MANAGER PROGRESS NOTE | LEVEL OF CARE | Last Name **Gatlin** | First Name **Fredrick** |
| MH 3 | EOP | | |
| | | Institution **CMF** | |
| Confidential Patient/Client Information | | CDC# **P19908** | DOB **06/13/54** |
| Department of Corrections    State of California | | | |

| Number | P19908 | Last | Ga... | First | Fredrick | House | N-333L | Date | 7/20/01 | CMF |

**Axis I**
Psychotic Disorder NOS (Rule Out Schizoaffective Disorder)
Polysubstance Dependence

**Axis II**
Diagnosis Deferred on Axis II

**Keyhea Expires**

**Level of Care**
EOP

**Current Problem List**
Delusions
Hallucinations

**Current Status**
*about the same*
*about the same*

**Risk Assessment**
Suicide    Low
Aggressive    Low
Self Injury    Low
Unpredictable    Low

**Subjective**
Mr Gatlin reports no changes in sxs (a/h, v/h, + delusions continue). I/M continues to focus on religious themes in the 1:1s.

**Objective**
Attends 1:1s, groups, + is reputedly med compliant.

**Assessment**
A/H, v/h continue. I/M continues to interpret these along religious themes.

**Plan**
Continue present program. Meds recently adjusted w/. ↑ monitor/observe for sxs/response to meds.

Case Manager    Gregg    P. Gregg, Ph.D.

7/25/01   IDTT held today ē members CCI Neri, P. Gregg, Ph.D., N Olson (CO)
A. Reina, LCSW, P.Delfino, MD, O. Cruz PT, R.McCall, Ph.D., H.Escoela, DO.
± I/P appear before team
patient in attendance
plan - continue EOP
↑ Haldol - not touching his aud. hal.
Reorder lab - kidney / liver function test.
pn pacified s.o.

| CASE MANAGER PROGRESS NOTE | LEVEL OF CARE | Last Name<br>Gatlin | First Name<br>Fredrick |
|---|---|---|---|
| MH 3 | EOP | Institution<br>CMF | |
| Confidential Patient/Client Information<br>Department of Corrections    State of California | | CDC#    P19908    DOB    06/13/54 | |

| Number | P19908 | Last | **Gatlin** | First | **Fredrick** | House | **N-333L** | Date | **7/27/01** | **CMF** |

**Axis I**
Schizoaffective Disorder
Polysubstance Dependence, Institutional Remission

**Axis II**
Personality Disorder NOS with narcissistic and antisocial

**Keyhea Expires**

**Level of Care**
EOP

**Current Problem List**          **Current Status**          **Risk Assessment**
Delusions                          same                        **Suicide** Medium
Hallucinations                     same                        **Aggressive** Low
_depression_                       same                        **Self Injury** Low
                                                               **Unpredictable** Low

**Subjective**

I/M continues to deny problems. States sxs of a/h & v/h are same & no change. He denies He continues to interpret them sxs also religious themes & to focus on religious themes in 1:1s.

**Objective**

Attends groups, 1:1s, & is reportedly med compliant.

**Assessment**

I/M is religiously preoccupied & has grandiose delusions (ie that he is Jesus Christ) & beliefs. I/M also presents as depressed (would prefer to be dead but denies plan or intent due to religious reasons.

**Plan**

Continue to monitor response to meds adjustment. Continue present program.

Case Manager          **Gregg** ___ _A. Gregg PhD._

| **CASE MANAGER PROGRESS NOTE** | **LEVEL OF CARE** | Last Name **Gatlin** | First Name **Fredrick** |
| **MH 3** | **EOP** | **Institution CMF** | |
| **Confidential Patient/Client Information** | | CDC# **P19908** | DOB **06/13/54** |
| **Department of Corrections     State of California** | | | |

| DATE | TIME | | | Case management |
|------|------|---|---|---|
| 10/1/01 | | S | | I/M denies psychiatric SXS. |
| | | O | | I/M is not on meds. He attends group fairly regularly. (He'll attend I.15. |
| | | A | | I/M believes he's Jesus. I/M reports "visions" from God, that he believes are different from auditory hallucinations. I/M denies danger to self/others. |
| | | P | | Continue EOP. Encourage ♯ compliance. |
| | | | | A. Rivin LCSW |
| 10.17.01 | 1000 | | | IOTT: Present are Dr. Pacifico, Dr. [illegible] CCI Haley, SW RETNER, RN Vang RN Baggers, PT Cruz, C.O. Escajeda C.O. Dahlerup. I/M RETAIN on EOP → g Vargas |

**INSTITUTION**
CALIFORNIA MEDICAL FACILITY/MAIN

PROGRESS NOTES
OUTPATIENT PSYCHIATRY
**OUTPATIENT INTERDISCIPLINARY**
**PROGRESS NOTES**

CDC 7254 (8/89)

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

ROOM/WING   N 3

CDC NUMBER.  NAME (LAST, FIRST, MI)

Gatling
P19908

| DATE | TIME | PROBLEM | Casemanagement |
|------|------|---------|----------------|
| 06/01 | | S | Pt/M denies psychiatric symptoms. |
| | | O | Pt/M says he stopped his meds due to an on-going stomach ailment. He attends 1:1's and group regularly, however. |
| | | A | Pt/M denies danger to self/others. He views AH's as a gift from God. He still believes that he is Jesus. |
| | | P | Continue EOP and encourage to compliance. |
| | | | K. Remien LCSW |

**INSTITUTION**
CALIFORNIA MEDICAL FACILITY/MAIN

**ROOM/WING** N 3

**CDC NUMBER. NAME (LAST,FIRST,MI)**
Gatlin, Frederick
P19908

PROGRESS NOTES
OUTPATIENT PSYCHIATRY
**OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES**

CDC 7254 (8/89)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| Medication | Directions | Expires | Physician | Status | Target Sx |
|---|---|---|---|---|---|
| Risperidone 4mg Tablet 1 Tab Qhs | | 2/19/02 | Pacifico, Paz | cont | Halluci. L |
| Phenytoin 100mg 2 Caps (200mg) Qhs | | 4/2/02 | Geraghty | | |
| Trazodone 50mg 3 Tabs (150mg) Qhs | | 2/7/02 | Pacifico, Paz | " | Insomnia |
| Paroxetine 20mg 1 Tab Qam | | 3/21/02 | Pacifico, Paz | | |
| Benztropine 2mg 1 Tab Qhs | | 2/19/02 | Pacifico, Paz | " | S.e. |
| Gabapentin 300mg Capsule 1 Cap Bid | | 3/1/02 | Galarzo | | |
| Triple Ab Ointment 30gm Apply To Left Buttock Skin 4xday As Needed X14d | | 2/7/02 | Elou, Alex | | |
| Naproxen 500mg 1 Tab Tid X 14 Days | | 2/7/02 | | | |
| Celecoxib 200mg 1 Cap Bid Prn | | 3/14/02 | Altchek, Mark | | |

**Axis I**
Schizoaffective Disorder
Polysubstance Dependence, Institutional Remission

AIMS  date
0   2/7/02

**Axis II**
Personality Disorder NOS with narcissistic and antisocial features

**Allergies**
None Known

**Keyhea Expires**

**Axis III**
Hepatitis, seizures, chronic pain

**Side Effects**
There is No evidence of any side effects

**Laboratory Studies**

| lithium | date | tegretol | date | valproate | date | tsh | date | cbc | date | SMA-20 | date | Liver Pan | date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Reason Seen:** Prn line

**Subjective**

Patient is still wearing the neck brace. Smiling & cooperative c̄ interview. Come out for regular groups. Argue c̄ cellie all the time "he's sloppy".

**Objective**

Voices are still there & "always fight for the devil." Denies being depressed & does not think he needs meds. When he has fractures + a fall, he does not remember - probably c̄ seizure. No ERS. Complies c̄ meds.

**Assessment**

**Plan**

Will continue to monitor.

date  2/7/02    Pacifico psychiatrist    Pm Pacifico m.d.

| LEVEL OF CARE | | |
|---|---|---|
| EOP | | |

| Last Name | First Name |
|---|---|
| Gatlin | Fredrick |

| House | Institution | Age |
|---|---|---|
| N-301L | CMF | 48 |

| CDC# | P19908 | DOB | 06/13/54 |

EVALUATION AND TREATMENT PLAN (MH 3)    Date    5/2/02

## Laboratory Studies

| Lithium | Date | Tegretol | Date | Valproate | Date | Dilantin | Date | CBC | Date | SMA-20 | Date | Liver Pan | Date |
|---------|------|----------|------|-----------|------|----------|------|-----|------|--------|------|-----------|------|
|         |      |          |      |           |      |          |      |     |      |        |      |           |      |

**Lab Comments:**

## Clinical Summary and Current Behavior Risk Assessment:

| | | | |
|---|---|---|---|
| **Suicide** | Low | **Self Injury** | Low |
| **Aggression** | Low | **Sexual** | Low |

**Unpredictable**    Low

**Behavior Comments:**

I/M reports hx of 2 suicide attempts--1974 drank Brasso; 1988 cut wrist.
I/M admits to current suicidal ideation on a daily basis, but states has no intent or plan and that it would be against his religion to do so.

**Subjective Complaints:**

I/M reports that he still feels Demons are still in him.

**Objective Findings:**

I/M takes meds as prescribed. He attends 1-1's and group therapy, and regularly participates.

**Current Assessment:**

I/M continues to describe hallucinations and delusions. He remains motivated in treatment. He denies danger to self or others.

**Current Plan and Treatment Recommendations:**

Continue EOP level of care. Meds were increased by MD.

**Level of Care:**    EOP      **Needs ICC Advocate**    No

**Treatment Team**    N-3 EOP

| | Title | Signature |
|---|---|---|
| Pacifico | Team Leader | *[signature]* |
| Reiner | Prim Clinician | *[signature]* |
| Gregg | PhD. | *[signature]* |
| Cruz-Valles | P.T. | *[signature]* |

**Date of Team Responsibility**

**Patient Needs to be Seen by IDTT within:**    90    Days

**Next Review before:**    7/31/02

Deaf ☐    Clark Track
Hard of Hearing ☐

| Haley | | Present |
|---|---|---|
| | | Yes |

**MENTAL HEALTH EVALUATION**
**and**
**TREATMENT PLAN**
CDC MH 2
Page 3 of 3
Confidential Client/Patient Information

**Department of Corrections**    **State of California**

| LEVEL OF CARE | Last Name | First Name |
|---|---|---|
| EOP | Gatlin | Fredrick |
| | Institution | |
| | CMF | |
| | CDC# | DOB |
| | P19908 | 6/13/54 |

State of California, Department of Corrections — Institution: _CSP-S_    Prior Page Number : _____

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.**

Date/Time: Problem & #. [✓]. Signature, Title & Print (or stamp).    Store & File Reverse Chronological Order.

1/7/00 Pt. seen briefly on a walk-in basis per his request. Pt. was alert and oriented X4. He was neatly dressed and meticulously groomed. He expressed indefatigable determination to overcome mental health concerns but was vague and in his presentation of them. Pt. was not imminently suicidal at the time of the interview and no S/H ideation was present. Although the pt. refrained from providing voluminous detail, he was doggedly adamant about scheduling another appointment. Pt. was scheduled for the next available appointment. During the course of that session antecedent circumstances leading to the pt.'s sedulous importuning will be explored and a more comprehensive assessment will be administered.

B. Thiessen, PhD
Staff Psychologist

Page # _____

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name: | First Name: | MI: |
|---|---|---|---|---|
| CDC Form MH 3 [11/9/95] | | Gatlin | | |
| Confidential Client/Patient Information See W & I Code, Section 5328 | Inpatient / Outpatient | CDC # P-19908 | DOB _/_/_ | |

State of California, Department of Corrections -- Institution: __CSP-S__  Prior Page Number : _____

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:**    All Staff, Clinicians, Treatment Teams.

| Date/Time:  Problem & #.  [✓].  Signature, Title & Print (or stamp).    Store & File Reverse Chronological Order. |
|---|

1/11/00  Pt. seen for psychiatric follow-up. He was timorous in manner and displayed a vexaciously skittish interactional style. His sense of ongoing consternation and insufferable mallaise was prominently noticeable. He reported vagrantly mercurial mood patterns and appreciable hardship in terms of adapting to the austerely harsh conditions of prison life. Efforts were aimed at ameliorating the pt's anxiety by inculcating a higher level of self-esteem and introducing a variety of coping techniques.

BC Thiessen, PhD

Clinical Staff Psychologist

Page # _____

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name:  Gatlin    First Name:    MI: |
|---|---|---|
| CDC Form MH 3  [11/9/95]  Confidential Client/Patient Information See W & I Code, Section 5328 | Inpatient  Outpatient | CDC # P-19909   DOB __/__/__ |

State of California, Department of Corrections -- Institution: ___C S P - S___  Prior Page Number : _____

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:** All Staff, Clinicians, Treatment Teams.

| Date/Time: | Problem & #.  [✓].  Signature, Title & Print (or stamp),   Store & File Reverse Chronological Order. |
|---|---|
| 2/11/00 | Pt. seen for ½ follow-up. Pt. oriented x4 but displayed mildly hebetated psycho-motoric functioning. He was aptly groomed/dressed & affably conversant, ~~However~~ However, fund of information was narrowly constricted, revealing innumerable interstices and intellectual and emotional functioning was m/b of abject inconcinnity. Medication seems to be having an ameliorative effect in terms of reducing the stentorian nature of auditory hallucinations and decreasing the pt's experience of ostensibly ubiquitous forces insidiously plotting against him. Efforts were made to foster the reintegration of hitherto dissociated elements of the pt's ego, presently projected onto the pt's archetypal complex. This was done by operating as an axillary ego and thus, containing the fragmented elements of the pt's sense of self. |

BL Thiessen, PhD
Staff Psychologist

Page # _____

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES  CDC Form MH 3  [11/9/95]  Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE    Inpatient    Outpatient | Last Name: Gatlin    First Name:    MI:    CDC # P.19909    DOB __/__/__ |
|---|---|---|

State of California, Department of Corrections -- Institution: _____  Prior Page Number : _____

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:**    All Staff, Clinicians, Treatment Teams.

| Date/Time:  Problem # #.  [✓].  Signature, Title & Print (or stamp).    Store & File Reverse Chronological Order. |
|---|

9/400  Psych not: Pt seen for the current treatment
1050  effectiveness in alleviating visual phenomena and exposure.
Continues to isolate. Self in Cell. Compliant č meds č
no adverse side effects. No tardive dyskinesia

　　0) nsca unb. Denies suicidal or homicidal
ideations

　　A) no Chart available

　　P) Continue present treatment.

　　　　　　　　　　Suzy Jefferson

Psychology Note:
10/5/00  Pt seen for regular monitoring appt

Ⓢ　　Pt denied suicidal ideation
Talked at great length about religion
God, Satan — states he does not
end his life because of his belief

Ⓞ　　Religious content appears to be more
of a way to fill in conversation — avoid
emptiness than psychotic symptom.

Ⓐ　　Schizo affective Disorder

Ⓟ　　Continue ongoing contact
　　　　U OConnor PhD  OCONN  Page #_____

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name:          First Name:          MI: |
|---|---|---|
| CDC Form MH 3  [11/9/95] | C³ MS | GADLIN, F |
| Confidential Client/Patient Information See W & I Code, Section 5328 | Inpatient  Outpatient | CDC # P-19908  DOB _/_/_ |

State of California, Department of Corrections -- Institution: __CSP-S__    Prior Page Number : __ __

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:**    All Staff, Clinicians, Treatment Teams,

| Date/Time: Problem & #. [✓]. Signature, Title & Print (or stamp).    Store & File Reverse Chronological Order. |
|---|

| Date/Time | Note |
|---|---|
| 12-06-00 1100 | Meds. renewed.  R- Enright, MD |
| 12-06-00 1200 | S— IM Gatlin feels stable on current meds. However he describes visual hallucinations of "demons" which are fleeting. However because of his faith in God they do not frighten him. O- Coherent, cooperative. A- Progress is satisfactory. P- Continue current meds. R. Enright, MD |

Page # __ __

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name: GATLIN    First Name: F.    MI: |
|---|---|---|
| CDC Form MH 3 [11/9/95] | Inpatient | P-19908 |
| Confidential Client/Patient Information See W & I Code, Section 5328 | Outpatient | |

| DATE | TIME | PROBLEM | |
|------|------|---------|---|
| 1/25/01 | 1201 | | IDTT |
| | | | present: Dr. Pacifico and Gregg, SW Reid |
| | | | & PT Cruz. |
| | | | patient in attendance. |
| | | | High risk for suicide by family Hx |
| | | | complains of problem walking up and down |
| | | | stairs c̄ his medical problems. |
| | | | First treatment for mental problem at |
| | | | age 27. Meds don't help. |
| | | | Sees demons & angels. Hears |
| | | | mom's voice. Would see things |
| | | | & then go away. |
| | | | Everything that happen to him is |
| | | | the will of God. |
| | | | Recommendation - will continue EOP |
| | | | Dr pacifico M.D. |

STITUTION
**CALIFORNIA MEDICAL FACILITY/MAIN**

ROOM/WING
N-3

CDC NUMBER. NAME (LAST,FIRST.MI)
GATLIN, FREDERICK
P19908

**PROGRESS NOTES**
OUTPATIENT PSYCHIATRY
**OUTPATIENT INTERDISCIPLINARY**
**PROGRESS NOTES**

DC 7254 (8/89)
STATE OF CALIFORNIA            DEPARTMENT OF CORRECTIONS

| DATE | TIME | PROBLEM | |
|------|------|---------|---|
| 3/11/01 | 1518 | | 24° meds Review |
| | | | ID - This is a 47 y.o. black male inmate |
| | | | transfered to CMF-M fm CMF - Solano for |
| | | | EOP program. |
| | | | EPRD - 25 to life |
| | | | PH - mental problems started in 1977 meds |
| | | | started seeing Demons & angels at 8 years |
| | | | of age - In 1977 he was first started medication |
| | | | in prison, here @ CMF. |
| | | | Drug/alcohol Hx - Alcohol off & on since 12 |
| | | | Drugs - off & on - all of them. |
| | | | Medical Hx - Fusion of Vertebra & operated |
| | | | seizure disorder, (R) hip renal patho., Hep C |
| | | | MSE - |
| | | | patient wearing a neck brace for fusion |
| | | | of Vertebral operation & using a cane for |
| | | | hip & back problem - Speech is goal directed |
| | | | 0 x 3 - gain weight to his mental problem → |

STITUTION
**CALIFORNIA MEDICAL FACILITY/MAIN**

ROOM/WING
N 5

**PROGRESS NOTES**
**OUTPATIENT PSYCHIATRY**
**OUTPATIENT INTERDISCIPLINARY**
**PROGRESS NOTES**

CDC NUMBER. NAME (LAST, FIRST, MI)
GATLIN, FREDERICK    P-19908

OC 7254 (8/89)
ATE OF CALIFORNIA                DEPARTMENT OF CORRECTIONS

## EVALUATION AND TREATMENT PLAN (MH 2)    Date    4/25/01

### Laboratory Studies:

| Lithium | Date | Tegretol | Date | Valproate | Date | Dilantin | Date | CBC | Date | SMA-20 | Date | Liver Pan | Date |
|---------|------|----------|------|-----------|------|----------|------|-----|------|--------|------|-----------|------|
|         |      |          |      |           |      |          |      |     |      |        |      |           |      |

### Lab Comments:

### Clinical Summary and Current Behavior Risk Assessment:

| Suicide | Low | Self Injury | Low | Unpredictable | Low |
|---------|-----|-------------|-----|---------------|-----|
| Aggression | Low | Sexual | Low | | |

### Behavior Comments:

I/M reports hx of 2 suicide attempts--1974 drank Brasso; 1988 cut wrist.
I/M denies any current suicidal ideation or intent.

### Subjective Complaints:

I/M admits to v/h but states that he refers to these as visions. States has had these since age 8. I/M gives these v/h religious interpretations, eg has seen fire in his room, room fill up w/ mist, ceiling turning red w/ red eye in the middle. Currently, sees devils, "a room full, but I am blessed not to be attacked." States this is common & he is use to it. Also has a/h of mother calling him. Chart indicates a/h involving talking w/ God.

### Objective Findings:

New to wing. Cooperative in IDTT.

### Current Assessment:

Delusional, grandiose w/ v/h and a/h. Seemingly bright affect but recent s/i w/out intent suggests depression. Hx of staying up for days, suggestive of hx of manic and depressive symptoms. I/M reports he never has period of time w/out "visions", suggesting that Schizoaffective Disorder Dx may be more appropriate than Bipolar Disorder.

### Current Plan and Treatment Recommendations:

Retain at EOP level of care. Monitor and observe for symptoms. Implement Tx Plan.

| Level of Care: | EOP | Needs ICC Advocate | No | IMHIS Code | CC |
|----------------|-----|--------------------|----|------------|----|

| Treatment Team | N-3 EOP | Title | Signature |
|----------------|---------|-------|-----------|
| | Pacifico | Team Leader | pm pacifico e.o |
| | Gregg | Prim Clinician | |
| | Reiner | L.C.S.W. | |
| | Cruz-Valles | P.T. | cruz falles PT |

Date of Team Responsibility

Patient Needs to be Seen by IDTT within:    90

Next Review before:    7/24/01

Clark

| MENTAL HEALTH EVALUATION and TREATMENT PLAN CDC MH 2 Page 3 of 3 Confidential Client/Patient Information | LEVEL OF CARE | Last Name | First Name |
|---|---|---|---|
| | EOP | Gatlin | Fredrick |
| | | Institution | |
| | | CMF | |
| Department of Corrections    State of California | | CDC# P19908    DOB 06/13/54 | |

**EVALUATION AND TREATMENT PLAN (MH 2)**    Date  **10/17/01**

## Laboratory Studies

| Lithium | Date | Tegretol | Date | Valproate | Date | Dilantin | Date | CBC | Date | SMA-20 | Date | Liver Pan | Date |
|---------|------|----------|------|-----------|------|----------|------|-----|------|--------|------|-----------|------|
|         |      |          |      |           |      |          |      |     |      |        |      |           |      |

**Lab Comments:**

### Clinical Summary and Current Behavior Risk Assessment:

| Suicide | Low | | Self Injury | Low | | | |
|---------|-----|-|-------------|-----|-|-|-|
| Aggression | Low | | Sexual | Low | | Unpredictable | Low |

**Behavior Comments:**

I/M reports hx of 2 suicide attempts--1974 drank Brasso; 1988 cut wrist.
I/M admits to current suicidal ideation on a daily basis, but states has no intent or plan and that it would be against his religion to do so.

**Subjective Complaints:**

I/M reports no psychiatric complaints. He requests that he be made CCCMS.

**Objective Findings:**

I/M has been refusing his meds, indicating that they hurt his ulcer. He participates in 1-1's and group.

**Current Assessment:**

I/M denies danger to self or others. He denies current sxs. He still expresses delusional beliefs [he believes that he is Jesus].

**Current Plan and Treatment Recommendations:**

I/M to remain on EOP and to return to med regime as required.

Level of Care:  **EOP**    Needs ICC Advocate  **No**

| Treatment Team | **N-3 EOP** | Title | Signature |
|----------------|-------------|-------|-----------|
| Pacifico | | Team Leader | _Jm Pacifico MD_ |
| Reiner | | Prim Clinician | _A. Reiner LCSW_ |
| Gregg | | PhD. | _P. Gregg PhD_ |
| Cruz-Valles | | P.T. | _Oleg Reder LPT_ |
| | | | |
| | | **Present** | |
| Haley | | | |

Date of Team Responsibility  [    ]

Patient Needs to be Seen by IDTT within:  **90 Days**

Next Review before:  **1/15/02**

Clark  [    ]

| MENTAL HEALTH EVALUATION and TREATMENT PLAN CDC MH 2 Page 3 of 3 Confidential Client/Patient Information | LEVEL OF CARE EOP | Last Name **Gatlin** | First Name **Fredrick** |
|---|---|---|---|
| | | CDC# **P19908** | Institution **CMF** DOB **6/13/54** |

Department of Corrections    State of California

California Medical Facility                                                              Department of Corrections

**EVALUATION AND TREATMENT PLAN (MH 2)**          Date | **10/17/01**

**Current Working Diagnosis:**

**Axis I**
295.70    Schizoaffective Disorder
304.80    Polysubstance Dependence, Institutional Remission

**Axis II**
301.9    Personality Disorder NOS with narcissistic and antisocial features

|  | AIMS | Date |
|---|---|---|
| **Axis III**<br>Hepatitis, seizures, chronic pain | 0 | 4/25/01 |
| **Axis IV**<br>Incarceratio |  |  |
| **Axis V** |  |  |

| 40 | 45 | 50 | 45 |
|---|---|---|---|
| Psych Impair | Soc Skill | Danger | ADL |

45    Calculated GAF          Keyhea Expires [        ]

**Diagnostic Comments:**
IM has perceptual disturbances dating back to childhood, and at least 2 admitted depressions with suicide attempts. Has primary sx of v/h, ("visions"). Is delusional and grandiose, "sometimes I think I'm Jesus Christ". Has had episodes of requiring no sleep for days. Therefore gave Dx of Schizoaffective Disorder. I/M has strong narcissism. He also has long hx of crimes, suggesting antisocial features, though some of these crimes appeared to be influenced by mental illness.

**Treatment Plan:**    Treatment Objectives

| Treatment Modality | Hrs/Wk |
|---|---|
| Reduce Psychotic Symptoms<br>Decrease Depression | |

| Treatment Modality | Hrs/Wk |
|---|---|
| Social Skills | 1 |
| Recreation Therapy | 1 |
| Problem Solving | 1 |
| Recreation Therapy | 1 |
| Health Education | 1 |
| Community Meeting | 1 |
| Problem Solving | 1 |
| Mental Health Education | 1 |
| Recreation Therapy | 1 |
| Relapse Prevention | 1 |

| Participation | Motivation | ADL's: |
|---|---|---|
| Usually | Fair | Good |

| Med Compliant | Condition |
|---|---|
| No | Marginal |

Total Hrs/Wk | 10

| Medications | Status | Target Symptoms |
|---|---|---|
| Risperidone 2mg Tab  1 Tab Bid | | |
| Phenytoin 100mg  2 Caps Qhs | | |
| Paroxetine 20mg  1 Tab Qam | | |
| Trazodone 50mg  3 Qhs | | |
| Benztropine 2mg  1 Tab Bid | | |
| Ranitidine 150mg  1 Tab Bid | | |

**Side Effects:** There is NO evidence of any side effects.          **Drug Allergies** None Known

| MENTAL HEALTH EVALUATION<br>and<br>TREATMENT PLAN<br>CDC MH 2<br>Page 2 of 3<br>Confidential Client/Patient Information | LEVEL OF CARE<br><br>EOP | Last Name<br>**Gatlin** | First Name<br>**Fredrick** |
|---|---|---|---|
| | | Institution<br>**CMF** | |
| Department of Corrections    State of California | | CDC#<br>**P19908** | DOB<br>**6/13/54** |

## EVALUATION AND TREATMENT PLAN (MH 2...)    | Date | 10/17/01 |

### Current Working Diagnosis:

**Axis I**

295.70   Schizoaffective Disorder

304.80   Polysubstance Dependence, Institutional Remission

**Axis II**

301.9   Personality Disorder NOS with narcissistic and antisocial features

| | AIMS | Date |
|---|---|---|
| **Axis III** Hepatitis, seizures, chronic pain | 0 | 4/25/01 |
| **Axis IV** Incarceratio | | |

**Axis V**

45   Calculated GAF

| 40 | 45 | 50 | 45 |
|---|---|---|---|
| Psych Impair | Soc Skill | Danger | ADL |

**Keyhea Expires** [ ]

**Diagnostic Comments:**

IM has perceptual disturbances dating back to childhood, and at least 2 admitted depressions with suicide attempts. Has primary sx of v/h, ("visions"). Is delusional and grandiose, "sometimes I think I'm Jesus Christ". Has had episodes of requiring no sleep for days. Therefore gave Dx of Schizoaffective Disorder. I/M has strong narcissism. He also has long hx of crimes, suggesting antisocial features, though some of these crimes appeared to be influenced by mental illness.

### Treatment Plan:

**Treatment Objectives**

Reduce Psychotic Symptoms
Decrease Depression

| Treatment Modality | Hrs/Wk |
|---|---|
| Social Skills | 1 |
| Recreation Therapy | 1 |
| Recreation Therapy | 1 |
| Problem Solving | 1 |
| Recreation Therapy | 1 |
| Theraputic Work Activity | 4 |
| Health Education | 1 |
| Community Meeting | 1 |
| Problem Solving | 1 |
| Mental Health Education | 1 |
| Recreation Therapy | 1 |
| Relapse Prevention | 1 |

**Total Hrs/Wk**   15

| Participation | Motivation | ADL's: |
|---|---|---|
| Usually | Fair | Good |

| Med Compliant | Condition |
|---|---|
| No | Marginal |

### Medications

| Medications | Status | Target Symptoms |
|---|---|---|
| Risperidone 2mg Tab   1 Tab Bid | | |
| Phenytoin 100mg   2 Caps Qhs | | |
| Paroxetine 20mg   1 Tab Qam | | |
| Trazodone 50mg   3 Qhs | | |
| Benztropine 2mg   1 Tab Bid | | |
| Omeprazole 20mg   1 Cap Bid X 14 Days | | |

**Side Effects:** There is NO evidence of any side effects.    **Drug Allergies** None Known

| MENTAL HEALTH EVALUATION and TREATMENT PLAN CDC MH 2 Page 2 of 3 Confidential Client/Patient Information | LEVEL OF CARE EOP | Last Name Gatlin | First Name Fredrick |
|---|---|---|---|
| | | Institution CMF | |
| Department of Corrections    State of California | | CDC# P19908 | DOB 6/13/54 |

| date | time | Referral |
|------|------|----------|
| 2/26/02 | | S - The devil is going to kill me. I have |
| | | to purify my self - fasting, prayer, |
| | | read the Koran 24°, I am very anxious |
| | | that I might kill my cellie. |
| | | O - Voices is normal in volume & delusion |
| | | as above. Most concern if he might |
| | | hurt his cellie. Thinks that Satan |
| | | may act thru him or him. |
| | | Argumentative & started talking about his |
| | | past behave over & over again. |
| | | A - Psychotic? |
| | | meds emphasis? |
| T - S/ | | P - D/C Risperdal? & ↑ both Risperdal |
| Delusion | | & Olanzapine |
| Hallucination | | Jm pacified, m.D |
| Depression | | |
| | | |
| | | 2/26/02 |

institution
CALIFORNIA  MEDICAL  FACILITY /MAIN

room/wing

PROGRESS NOTES
OUTPATIENT PSYCHIATRY
OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

cdc number.  name (last, first, mi)
GATLIN, FREDERICK
P-19908

CDC 7254 (8/89)

state of California          department of corrections

State of California, Department Corrections – Institution: _____    Prior Page Number : ____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| Date/Time: Problem & #. [✓]. Signature, Title & Print (or stamp). | Store & File Reverse Chronological Order. |
|---|---|

11-5-99                          Psychctry

Pt states he's been down for a while
States it is physically affecting him.
States he hasn't been able to sleep
C/o hyper energy - like he's on something
↑ adrenalin

Pt thinks of killing himself every day
but his religion states it's a sin. Pt c/o

- LOC          depression over his past + present. He just
hx Etoh abuse   received a 26 year term for auto theft while
nud all drugs   hallucinating on medications He was racing
(on marijuana temp)  around the street 36 days - had seizures
He thought the world was going to end. Ran around
the block naked to purify himself Saw demons
+ angels. Long hx, AH x VH. "To see Jesus
C 2 are demons, one human boy.

- paranoia          in neck brace
MSE speech normal rate + rhythm
Mood dysphoric affect
TC Sensorium 61 - 111
Memory
Imp   psychotic d/o NOS dep
Plan  Education trazodone + priapism
Mellaril 4 mg po NOW
Trilafon 4 mg po BID
artane 2 mg po QD
Trazodone 150 mg po qhs
To see CM on 11/8/99
Pt agree to come to infirmary  x 9

Page #

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name: | First Name: |
|---|---|---|---|
| CDC Form MH 3 [11/9/95] Confidential Client/Patient Information See W & I Code, Section 5328 | Inpatient  Outpatient | Gatlin  P 19908 | |

CDC # __-__ __ __ __    DOB __/__/__

State of California, Department of Corrections — Institution: _____  Prior Page Number : __ ___

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.**

Date/Time:  Problem & #.  [✓].  Signature, Title & Print (or stamp).        Store & File Reverse Chronological Order.

10/29  45 yo ♂ Trik 27-Life —
1245  Depressed, "Overwhelmed
unable to sleep.
Seeing scary faces, seen the
Devil in County Jail.
History 5150's, psych eval at CMF.
Pt stole car, to get back to Davis
Med Center for Kidney failure due
to prednisone overdose → kidney failure.
Before that in fed prison for robbing
Banks in prison to give Mother
present — History of Bro - hung himself 36 yo
car theft occurred in S Jose saw keys in
Trunk "God said Car was for me to
get Back to Sacr.
obs — affect flat — akinesthesia
Thoughts unclear scattered Blocking
9 met very Coop friendly
imp ② agitated depress, Schizophrenia
plan  meds
needs EOP eval.                    ___ ___ md
                                              Page # __ ___

| MENTAL HEALTH | LEVEL OF | Last Name: | First Name: | MI: |
| INTERDISCIPLINARY PROGRESS NOTES | CARE | | | |

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES

CDC Form MH 3  [11/9/95]

Confidential Client/Patient Information
See W & I Code, Section 5328

LEVEL OF CARE

Inpatient

Outpatient

Last Name: Gatlin
First Name:
MI:

CDC # P. 19908    DOB __/__/__

California Medical Facility

**EVALUATION AND TREATMENT PLAN (MH 2)**    Department of Corrections    Date  **4/25/01**

**Current Working Diagnosis:**

**Axis I**
Psychotic Disorder NOS (Rule Out Schizoaffective Disorder)
Polysubstance Dependence

**Axis II**
Diagnosis Deferred on Axis II

| | | AIMS | Date |
|---|---|---|---|
| **Axis III** | | 0 | 4/25/01 |
| **Hepatitis, Seizures, Chronic Pain** | | | |

**Axis IV**
Incarceration

**Axis V**

| 40 | 40 | 40 | 45 | Keyhea Expires |
|---|---|---|---|---|
| Psych Impair | Soc Skill | Danger | ADL | |

41  Calculated GAF

**Diagnostic Comments:**
IM has perceptual disturbances dating back to childhood, and at least 2 admitted depressions with suicide attempts. Has primary sx of v/h, ("visions"). Is delusional and grandiose, "sometimes I think I'm Jesus Christ". Has had episodes of requiring no sleep for days. Therefore added Rule Out Dx of Schizoaffective Disorder. I/M has long hx of crimes, suggesting antisocial features, but many of these seemed strongly influenced by mental

**Treatment Plan:**

| Treatment Objectives | Modality | Frequency |
|---|---|---|
| Reduce Psychotic Symptoms | Medication Management | Daily |
| | Case Management | Weekly |
| | Recreational Therapy | Daily |

| Participation | Motivation | ADL's: | Modality (Groups) | |
|---|---|---|---|---|
| | Fair | Good | Group Counselling | Weekly |

| Med Compliant | Condition |
|---|---|
| Yes | Marginal |

| Medications | Status | Target Symptoms |
|---|---|---|
| Perphenazine 4mg  1 Bid | | |
| Phenytoin 100mg  2 Caps Hs X 14 Days | | |
| Trazodone 50mg  3 Qhs | | |
| Benztropine 2mg  1 Bid | | |

Drug Allergies
None Known

**Side Effects:**  There is NO evidence of any side effects.

| MENTAL HEALTH EVALUATION and TREATMENT PLAN CDC MH 2 Page 2 of 3 Confidential Client/Patient Information | LEVEL OF CARE EOP | Last Name **Gatlin** | First Name **Fredrick** |
|---|---|---|---|
| | | Institution **CMF** | |
| Department of Corrections    State of California | | CDC#  **P19908** | DOB  **6/13/1954** |

| Medication | Directions | Expires | Physician | Status | Target Sx |
|---|---|---|---|---|---|
| Risperidone 4mg Tablet  1 Tab Qhs See Am | | 6/11/02 | Pacifico, Paz | Cont. | Delusion |
| Olanzapine 15mg Tab  2 Tabs (30mg) Qhs  ↓ gradually | | 6/11/02 | Pacifico, Paz | ↑ | Hal |
| Risperidone 3mg Tab  1 Tab Qam See Hs | | 6/11/02 | Pacifico, Paz | ↑ | " |
| Phenytoin 100mg  3 Caps (300mg) Qd | | 5/29/02 | Printz, | ↑ | Seizure |
| Trazodone 50mg  1 Tab Qhs W/100mg=150mg | | 5/8/02 | Pacifico, Paz | ↑ | Depression |
| Trazodone 100mg Tab  1 Tab Qhs W/50mg=150mg | | 5/8/02 | Pacifico, Paz | ↑ | " |
| Paroxetine 20mg  1 Tab Qam | | 5/8/02 | Pacifico, Paz | ↑ | " |
| Benztropine 2mg  1 Tab Qd | | 5/8/02 | Pacifico, Paz | Cont. | S. effects |
| Gabapentin 300mg Capsule  1 Cap Bid | | 5/29/02 | Printz, | | |
| Celecoxib 200mg  1 Cap Prn | | 5/29/02 | Printz, | | |

start Prolixin                                          wt. 260 lbs.

| | | AIMS | date |
|---|---|---|---|
| **Axis I** | | O | 4/11/0 |
| Schizoaffective Disorder | | | |
| Polysubstance Dependence, Institutional Remission | | | |

**Axis II**   Allergies   Keyhea Expires
Personality Disorder NOS with narcissistic and antisocial   None Known

**Axis III**   Side Effects
Hepatitis, seizures, chronic pain   There is NO evidence of any side effects.

**Laboratory Studies**

| lithium | date | tegretol | date | valproate | date | tsh | date | cbc | date | SMA-20 | date | Liver Pan | date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

**Reason Seen:** Routine

**Subjective**
I sleep all the time and the demons can't bother me when I asleep. Still able to come to groups - they walk me up. 20 yards exe

**Objective**
Patient seen because seeing things & fighting demons. Last time given the maximum dose of Olanzapine but now complaining of ↑ weight. Denies S. e. Compliant ē meds.

**Assessment**
Increasing Weight

**Plan**
Will gradually reduce Olanzapine & replace ē Prolixin

date   4/11/02   Pacifico
psychiatrist   Paz M Pacifico M.D

| INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name Gatlin | First Name Fredrick |
|---|---|---|---|
| MH 3 | EOP | House N-301L | Institution CMF | Age 48 |

Confidential Patient/Client information
Department of Corrections        State of California

CDC#   P19908   DOB   06/13/54

California Medical Facility                                                                      **Department of Corrections**

## HISTORY AND EVALUATION (MH 4 P1)

**S-MH S-Code** CB                                                                    **Date** 4/17/01

### Administrative Information

| | | Setting: | EOP | Gender: Male | | |
|---|---|---|---|---|---|---|
| CDC Arrival | 11/25/98 | Comit Time | 26-life | Points | 37 | Ethnicity | BLA |
| CMF Arrival | 4/10/01 | Comit Date | | Custody | CLOB | Language | English |
| Release Type | mepd | County Comit | Santa Clara | 115's | 0 | Vict/Pred | |
| Release Date | 9/27/22 | DOB | 6/13/54 | SHU Terms | 0 | Housing | N-333L |
| MaxDate | | | | | | SS# | |
| Term | Third | Commiting Offenses | Theft of Auto or Vehicle | | | | |

### Psychiatric History

This inmate reports history of visual and auditory hallucinations since approximately age 8. Visual hallucinations are of demons and angels, although he recalls at age 8 seeing a woman and a monkey under a bed. He has heard God talking to him and occasionally hears his mother calling his name. He reports first treatment for psychiatric symptoms in 1997 when he was arrested for running naked in the neighborhood. He believes that God wanted him to do this, that it was in response to demons. He denies psychiatric hospitalizations, and review of records indicates none as well. He reports two episodes of depression and suicide attempts, both after losing a girlfriend, one by cutting his wrist in 1988 and one by drinking Brasso in 1974.

### Abnormal Behavior History (Suicide, Self Mutilation, Violence, Sexual, etc.)

| Suicide | Aggressive | Self Injury | Sexual | Unpredictable |
|---|---|---|---|---|
| Low | Low | Low | Low | Low |

**Risk Assessment**

IM reports history of 2 suicide attempts--1974 drank Brasso, 1988 cut wrist.
IM denies any suicidal ideation or intent, however he states, "I want it all to end right now, but it's against my beliefs."
IM states that he cannot have a cellmate as he would not be able to tolerate it.

### Criminal History and Institutional Adjustment    Juvenile History ☐    Gang Affiliation ☐    Specify

IM is serving a 25-life term for third strike of stealing a car. He has extensive adolescent juvenile history with time in Juvenile Detention.
IM reports that he had an RVR, for which he was found not guilty, in December for touching a female custody staff inappropriately.
He has had a number of counseling chronos for minor rule violations.

### Developmental and Social History

Youngest of 7, (3 sisters, 3 brothers), raised by mother and stepfather. Born and raised in San Francisco. Mother deceased 1994 of CHF, father deceased 1974 of cancer. Had a reportedly close relationship with stepfather who died in 1995. States isolation from other siblings. Reports significant sexual abuse by male neighbor from ages 6-8. Brother suicided by hanging at age 35 and thought he was Jesus Christ. Employment sporadic and short-term, mostly unskilled labor. Marines 1972 with dishonorable d/c for buying stolen TVs. Practicing Muslim; very religious.

| MENTAL HEALTH HISTORY AND EVALUATION | LEVEL OF CARE | Last Name | First Name |
|---|---|---|---|
| CDC MH | EOP | Gatlin | Fredrick |
| Page 1 of 5 | | Institution | CMF |
| Confidential Client/Patient Information | | CDC# P19908 | DOB 6/13/1954 |
| Department of Corrections    State of California | | | |

| DATE | TIME | PROBLEM | |
|------|------|---------|---|
| 4/25/01 | 1201 | | IDTT |
| | | | present: Dr. Pacifico and Gregg, SW Reiss |
| | | | & PT Cruz- |
| | | | patient in attendance. |
| | | | High risk for suicide by family Hx |
| | | | complains of problem walking up and down |
| | | | stairs c̄ his medical problems. |
| | | | First treatment for mental problem at |
| | | | age 27. meds don't help. |
| | | | Sees demons & angels. Hears |
| | | | mom's voice. Would see things |
| | | | & then go away. |
| | | | Everything that happen to him is |
| | | | the will of God - |
| | | | Recommendation - Will continue EOP |
| | | | pm pacifico m.D. |
| | | | |
| | | | |
| | | | |

**INSTITUTION**
CALIFORNIA MEDICAL FACILITY/MAIN

**ROOM/WING** N-3

**PROGRESS NOTES**
**OUTPATIENT PSYCHIATRY**
**OUTPATIENT INTERDISCIPLINARY**
**PROGRESS NOTES**

**CDC NUMBER. NAME (LAST, FIRST.MI)**
GATLIN, FREDERICK.
P19908

CDC 7254 (8/89)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | PROBLEM | |
|------|------|---------|---|
| 5-18-01 | | | 1:1 Clinical Contact · S) I/M reports continued depression w/ s/i "every day. I want to be in the world hereafter." He describes depression as "selfish", + "satan @ work." Denies current s/h but states has felt someone pull @ him + feels sometime God is moving him rather than him moving of his own volition. Denies suicidal intent or plan as he regards this as a sin. O) Compliant c the program, reluctantly. A) Lacks insight into mental illness. D Religious delusions are the same. P) CPP — P. Gregg, Ph |

INSTITUTION
CALIFORNIA MEDICAL FACILITY/MAIN

ROOM/WING  N-323

CDC NUMBER. NAME (LAST, FIRST, MI)
P19908 Gatlin

**PROGRESS NOTES**
**OUTPATIENT PSYCHIATRY**
**OUTPATIENT INTERDISCIPLINARY**
**PROGRESS NOTES**

CDC 7254 (8/89)
STATE OF CALIFORNIA

DEPART OF CORRECTIONS

California Medical Facility    **CASE MANAGER PROGRESS NOTE**    Department of C

| Number | **P19908** | Last | **Gatlin** | First | **Fredrick** | House **N-335L** | Date | **6/14/01** |

**Axis I**
Psychotic Disorder NOS (Rule Out Schizoaffective Disorder)
Polysubstance Dependence

**Axis II**
Diagnosis Deferred on Axis II

**Keyhea Expires**      **Level of Care**
EOP

**Current Problem List**        **Current Status**         **Risk Assessment**

Delusions                 Remains the same          **Suicide** Low

Hallucinations            Remains the same          **Aggressive** Low

                                                 **Self Injury** Low

                                                 **Unpredictable** Low

**Subjective**

I/M reports continued a/h & v/h though he does not describe them in these terms + is sure they are spiritually based experiences. He reports some depression. He also is reporting that he is going on a spiritual fast for 4 days, starting next week, & this will include not taking meds.

I/M has been extremely active in groups, seeing this as basis for why God might have wanted him in EOP & CMF/prison — to help others. I/M has been med compliant but

**Objective**

**Assessment**

Thoughts are organized & clear c̄ no clear delusional content @ this time. Is religiously preoccupied.

**Plan**

Continue @ EOP level of care on present program

                          Case Manager        Gregg   *P. Gregg, P.P.*

| CASE MANAGER PROGRESS NOTE | LEVEL OF CARE | Last Name **Gatlin** | First Name **Fredrick** |
| MH 3 | EOP | | Institution **CMF** |
| Confidential Patient/Client Information | | CDC# **P19908** | DOB **06/13/54** |
| Department of Corrections    State of California | | | |

California Medical Facility          **PSYCHIATRIST PROGRESS NOTE**          Department of

| Medication | Directions | Expires | Physician | Status | Target |
|---|---|---|---|---|---|
| Perphenazine 4mg  1 Bid | | 7/11/01 | Pacifico, Paz | | |
| Phenytoin 100mg  2 Tabs (200mg) Qhs | | 8/6/01 | Lieu, Alex | | |
| Trazodone 50mg  3 Qhs | | 7/11/01 | Pacifico, Paz | | |
| Paroxetine 10mg Tab  2 Tabs Qam | | 8/16/01 | Pacifico, Paz | | |
| Benztropine 2mg  1 Bid | | 7/11/01 | Pacifico, Paz | | |
| Acetaminophen 325mg  2 Qd Prn Neck Pain | | 7/11/01 | Lieu, Alex | | |

**Axis I**

Psychotic Disorder, NOS (Rule Out Schizoaffective Disorder)

Polysubstance Dependence

**Axis II**

Diagnosis Deferred on Axis II

**Allergies**
None Known

**Keyhea Expires**

**Axis III**

Hepatitis serpes, chronic pain

**Side Effects**
There is NO evidence of any side effects

| | AIMS | date |
|---|---|---|
| | 0 | 4/25/01 |
| | | |
| | | |
| | | |
| | | |
| | | |

**Laboratory Studies**

| lithium | date | tegretol | date | valproate | date | tsh | date | cbc | date | SMA-20 | date | Liver Pan | date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

**Reason Seen:** Routine Evaluation

**Subjective**

I'm back to taking my medication. Reports that he is going to fast for religious reason, including holding off medications.

**Objective**

Alert, clear, coherent, still admits to 'seeing demons and angels', reports voices but are manageable, denies suicidal/homicidal ideations/impulsess when assked, states he is over his fasting including medication, appears stable, otherwise he reports compliance with medication at other times.

**Assessment**

Appear stable with residual  symptoms.

**Plan**

Renew psych medications, continue present program, advice to alert staff if he plans to hold medications for religious reasons.

date   6/21/01          Kaw
psychiatrist

**INTERDISCIPLINARY PROGRESS NOTES**

MH3

Confidential Patient/Client Information

Department of Corrections          State of California

| LEVEL OF CARE | | |
|---|---|---|
| EOP | | |

| Last Name | | First Name | |
|---|---|---|---|
| Gatlin | | Fredrick | |
| House | Institution | | Age |
| N-333L | CMF | | 47 |
| CDC# | P19908 | | DOB  06/13/54 |

| DATE | TIME | PROBLEM | |
|------|------|---------|---|
| -22-0? | | | 1:1 Clinical Contact: S) I/M Gatlin is requesting to be made CCCMS lvl of care. Admits to a/h that "I like I welcome them" & V/H which he interpret as religious/spiritual visions. States sees demons as well, "but they're small." Did not give direct answer to question of if he believes he's Jesus Christ but states his name — chosen name Hoff means the Chosen One. O) Attends 1:1s, groups. Stopped meds for 4 days (& stopped food) for spiritual fast but has resumed both A) A/H, V/H & delusions continue but appear longstanding & under control. Do not appear to be overtly interfering c functioning @ this time P) Discuss c tx teams I/Ms request re CCCMS — Phaeff (note cont) |

INSTITUTION
CALIFORNIA MEDICAL FACILITY/MAIN

ROOM/WING  N-3

PROGRESS NOTES
OUTPATIENT PSYCHIATRY
OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC 7254 (8/89)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

CDC NUMBER. NAME (LAST,FIRST.MI)

P19908  Gatlin

## PROOF OF SERVICE BY MAIL

I, _FREDERICK GATLW_ , declare:

I am over the age of eighteen years, and a party/~~not a party~~ to the attached

cause of action,  My mailing address is: _CALIFORNIA MEDICAL FACILITY_ ,

P.O. Box 2500, cell/~~dorm~~ _P-108_ , Vacaville, Ca. 95696.

On _AUGUST_ , 2008, I delivered to prison officials at the

California Medical Facility, at the above address, the following documents for

mailing via the United States Mail.

1. _PETITIONER'S APPLICATION FOR CERTIFICATE OF_

2. _APPEALABILITY_

3. _____

In sealed envelope(s) with postage fully prepaid, addressed as follows:

1. _JULIET B. HALEY, DEP ATTORNEY GENERAL_
_455 GOLDEN GATE AVE., SUITE 11000_
_SAN FRANCISCO, CA. 94102 - 7004_

2. _____

   _____

3. _____

4. _____

   _____

I, declare under the penalty of perjury that the foregoing is true and correct

Executed on this _13th_ day of August , 2008 at Vacaville , California.

/S/ _Frederick Gatlin_
Frederick Gatlin/Pro Se Declarant